**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JESUS M. CHRISTIAN, Individually and as Personal Representative of the Estate of CARLOS ENRIQUE CHRISTIAN REY, Deceased, et al.,** : : : : : : | |
| **Plaintiffs** : : | **CASE NO. 24-cv-304** |
| **v.** : : : | |
| **UBER TECHNOLOGIES, INC. et al.,** : : : | |
| **Defendants.** : : | |

**Index of Exhibits**

| Exhibit Letter | Exhibit Title |
|---|---|
| A | Declaration of Jesus M. Christian |
| B | Declaration of Noelia Rey |
| C | Declaration of Camila Alexia Selman Troncoso |
| D | Declaration of Jennifer Luong |
| E | Declaration of Katie J. Wells |