# Exhibit A

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JESUS M. CHRISTIAN, Individually and as Personal Representative of the Estate of CARLOS ENRIQUE CHRISTIAN REY, Deceased, et al.** : | |
| : | |
| **Plaintiffs** : | **CASE NO. 24-cv-304** |
| : | |
| **v.** : | |
| : | |
| **UBER TECHNOLOGIES, INC., et al.** : | |
| **Defendants.** : | |

<u>**DECLARATION OF JESUS CHRISTIAN**</u>

I, Jesus M. Christian, am a citizen of the United States and a resident of the Dominican Republic. I am over the age of 18 and am competent to testify as to the matters set forth in this declaration. I make this declaration upon personal knowledge and hereby depose as follows:

1. I am the father of Carlos E. Christian ("Carlos"), who was a passenger in an Uber vehicle when he was killed in a collision on January 15, 2023.

2. I am submitting this declaration in opposition to Uber's motion to move the case to arbitration. I have requested a jury trial as part of my effort to hold Uber and other defendants accountable for the death of my son.  No parent should endure the loss suffered by me and my wife. Uber and the defendants must be accountable for their wrongdoing. My wife and I bring this case, in large measure, to help assure that no other parents experience the pain and grief that is ours on a full and constant daily basis. If the case is allowed to be hidden in darkness and secrecy, then whatever is the outcome, Uber will escape accountability.

1

**My son, Carlos Enrique Christian Rey**

3. Let me begin by describing Carlos. He was an extraordinary young man: loving, charismatic, kind, generous, funny, sweet, dedicated, and successful. He and Camila were planning to marry, and he had a promising career ahead in finance and investment after he graduated from his MBA program. Carlos' diploma from Syracuse University and his first semester transcript from his postgraduate studies at the George Washington University are at Exhibit 1.

4. Carlos' future was brilliant. Letters describing my son and the reverberating impact of his death are at Exhibit 2.

**Why I am bringing this litigation**

5. I am bringing this case because my wife and I want public accountability for what happened to our son. That will not happen in the secret proceeding that Uber wants.

6. Uber and its driver, Khalinmandakh Ichinkhorol are equally if not more responsible than Reginald Johnson for Carlos' death. Had these parties acted responsibly, my son would still be alive.

7. I am only seeking basic justice from this process. I am an American citizen with a right to a jury trial and I cannot believe that this would be taken from me.

**My Uber Account**

8. My Uber account is linked to phone number 787-448-7882. The account at 787-605-9588 belongs to my son Jesus Christian Jr.

9. When I opened my Uber account, I did not have to read or even scroll through what Uber apparently set forth somewhere in the Uber App as the terms and conditions of use.

10. I understood that the Uber App was a way to get rides to specific designations and pay for them.

11. I only opened the Uber App to request a ride.

12. If a pop-up screen blocked my progress toward completing the request for a ride, I would simply click whatever was necessary to proceed with scheduling a ride.

13. In opening an account and using the App to obtain and pay for rides, it was never necessary to explore through the App or read through what Uber apparently set forth somewhere in the App as the terms and conditions of use.

14. I have always been able to use the App without reading terms of use that apparently are embedded in it.

15. I did not think "updated" meant that I was accepting a new contract with binding terms.

16. The term "updated" meant to me that there were some changes in how rides were provided and paid for, such as added options for picking a vehicle, new pricing, etc., all of which I would learn each time I used the App.

17. I was always allowed to obtain a ride without scrolling through or reading the purported updated terms.

18. On the night that Carlos died, he was not using my Uber account, and my Uber account has no relation to the collision resulting in his death.

19. I never thought that by using Uber I would be giving up my right to a jury trial or access to a court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.


Executed on: _____April 24, 2024_____                    _____

                                                            Jesus M. Christen

4

# Exhibit A-1



# Syracuse University

*To all who read these presents, Greeting*

*Whereas*

## CARLOS E CHRISTIAN REY

*has honorably completed the studies and duties prescribed by the Faculty;*
*therefore, the Trustees of the University by the authority vested in them*
*have conferred the degree of*

## BACHELOR OF SCIENCE

### CUM LAUDE

*upon the candidate together with all the rights, privileges, honors, and marks*
*of distinction which everywhere pertain thereto.*

*Whereof let this Diploma with the seal of the University bear witness.*
*Given at Syracuse, in the State of New York, this twenty-first day of August,*
*two thousand and twenty.*

Dean, David B. Falk College of
Sport and Human Dynamics

Chancellor and President

# THE GEORGE WASHINGTON UNIVERSITY

OFFICE OF THE REGISTRAR

WASHINGTON, DC

SSN       : ***-**-4435
GWid      : G38030554
Date of Birth: 21-APR

Date Issued:  25-JAN-2023

Page: 1

Record of: Carlos E Christian

Student Level: Graduate
Admit Term: Fall 2022

Issued To: Dr. Noella Rey and Mr. Jesus Christian

Current College(s):School of Business
Current Major(s):  Business Administration (STEM)

| SUBJ NO | COURSE TITLE | CRDT | GRD | PTS |
|---------|--------------|------|-----|-----|

GEORGE WASHINGTON UNIVERSITY CREDIT:

Fall 2022
    School of Business
    Business Administration (STEM)

| SUBJ NO | COURSE TITLE | CRDT | GRD | PTS |
|---------|--------------|------|-----|-----|
| MBAD 6206 | Professionalism As A Perf. Art | 1.00 | CR | 0.00 |
| MBAD 6207 | Leadership Lab | 1.00 | A | 4.00 |
| MBAD 6211 | Financial Accounting | 3.00 | A | 12.00 |
| MBAD 6224 | Decision Making & Data Analysi | 3.00 | A | 12.00 |
| MBAD 6235 | Finance | 3.00 | A | 12.00 |
| MBAD 6242 | Microeon For The Global Econo | 1.50 | A | 6.00 |
| MBAD 6263 | Orgs & Human Capital | 3.00 | A | 12.00 |
| MBAD 6286 | Strategic Mgmt I | 1.50 | B | 4.50 |

    Ehrs   17.00  GPA-Hrs  16.00 Pts   62.50 GPA  3.91
    CUM    17.00  GPA-Hrs  16.00 Pts   62.50 GPA  3.91
    Good Standing

***************** TRANSCRIPT TOTALS *****************

|  | Earned Hrs | GPA Hrs | Points | GPA |
|--|-----------|---------|--------|-----|
| TOTAL INSTITUTION | 17.00 | 16.00 | 62.50 | 3.91 |
| OVERALL | 17.00 | 16.00 | 62.50 | 3.91 |

################## END OF DOCUMENT ##################

OFFICIAL TRANSCRIPTS BEAR THE UNIVERSITY SEAL AND THE
REGISTRAR'S SIGNATURE
TRANSCRIPT KEY PRINTED ON REVERSE
THE WORD VOID APPEARS WHEN PHOTOCOPIED
THIS RECORD MAY NOT BE RELEASED TO ANY OTHER PARTY WITHOUT THE WRITTEN
CONSENT OF THE STUDENT, PER FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974

TRANSCRIPT IS OFFICIAL ONLY
WITH MULTI-COLORED
SIGNATURE & SEAL
INTERIM UNIVERSITY REGISTRAR

# Exhibit A-2

Subject: Request for Maximum Penalty in Case No. 2023-CF1-001620

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001


Dear Judge Okun,

I hope this letter finds you in good health. My name is Lucas Almeida Pinheiro, and I am currently a Contract Specialist Student Trainee at the Department of Homeland Security. I am also a former US Army soldier and a current MBA student at George Washington University. I am writing to you today with a heavy heart, as I share my personal perspective on the case of United States v. Reginald R. Johnson, Case No. 2023-CF1-001620.

I had the privilege of knowing Carlos Enrique, a fellow MBA student, and a cherished friend. Our paths crossed when we started our MBA program in August 2022. Instantly, we formed a bond due to our shared passion for soccer and our common Latin heritage. In a class that was diverse, Carlos and I were the only two Latino men, which further cemented our connection.

Carlos's warm personality and infectious enthusiasm made it feel like we had known each other for years. He was driven to succeed and had a strong desire to make his mark in the financial field as an investment manager. Carlos's light shone brightly in our class. Not only was he incredibly intelligent and engaging, but he also displayed a natural leadership ability that resonated with everyone.

Carlos went beyond being an exceptional student; he became a beacon of support for our entire class. He organized study groups and helped classmates succeed in the program. His kindness and willingness to go the extra mile were evident in every interaction. We became dear friends outside the classroom, and he shared stories of his family, his partner, and his dreams with me. He had an immense heart, and it was clear that he was cherished by those he held dear.

Just a few days before his passing, Carlos reached out to schedule a lunch or get-together before the semester resumed. He was excited about returning to the Dominican Republic to visit his family and shared pictures of a beautiful beach. Learning about his passing was an unimaginable shock, one that left an indelible mark on me and our entire class.

As a father myself, I can't begin to fathom the pain his family is enduring. Carlos's potential was cut short due to the actions of an individual who chose to drive under the influence of alcohol, despite having a history of recklessness. This individual poses a serious threat to society, and justice must be served. I have faith in the DC justice system and your commitment to upholding justice.

I humbly ask you to consider the gravity of this case. Carlos was not just a classmate; he was a beacon of light who touched the lives of many. His dreams and aspirations were cut short by a man who displayed a blatant disregard for others' safety. I implore you to treat this case with the utmost seriousness it deserves, as it not only affects his family and friends but also the community as a whole.

Carlos's memory serves as a reminder of the bright future he could have had. While we cannot bring him back, ensuring that the responsible individual faces the consequences of his actions will help provide a semblance of closure. I trust in your wisdom to deliver justice, not just for Carlos's sake, but for the sake of everyone whose lives he touched.

Thank you for your time and consideration.

Sincerely,

Lucas Almeida Pinheiro

Email: lucasa@gwu.edu

Phone: (347) 892-1437

September 7, 2023

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001

*Re: In re: United States v. Reginald R. Johnson, Case 2023-CF1-001620. Sentencing scheduled for October 13, 2023*

Judge Okun:

My family and I met Carlos Enrique Christian and his family when he was in Elementary School. He was a very loving child and from an early age he showed good conduct. He soon started receiving awards for his excellent grades, good behavior and sports skills. As he grew older he became captain of the football team representing his school in international tournaments, he became a member of the National Honors Society and was awarded many times for his community service contributions. Yes, he was a good leader. Of course anyone would be impressed by all these achievements. But what amazed me the most was how a young man like that, instead of causing envy among his classmates for his brilliance and popularity, was so cherished by his friends, teachers, school staff and everyone that met him. I think that was because he had a humble heart. Carlos always had a sincere beautiful smile on his face and was kind to everyone around him, no matter who they were. He was a noble soul.

When Carlos lost his life in the accident caused by Mr. Reginald R. Johnson due to driving under the influence of alcohol the lives of his family, friends and community changed forever. Please try to imagine the deep pain and disbelief that hovered for days, weeks, months over everyone that knew him. Seeing his parents and brothers broken but standing on their feet during the burial services has been for me, as a mother of two young men, one of the most painful experiences of my entire life.

We ask ourselves why this accident happened. Why a good person like Carlos died. We´ll never know, as neither society will know the cost of the loss of a valuable young man like him. Sadly we can´t bring our beloved Carlos back. But we can ask you to impose the maximum imprisonment time to the person who, despite having previous incidents with alcohol abuse, provoked the accident that killed him so that he doesn´t ever again cause another tragedy to innocent people.

Sincerely yours,

Carolina Alorda (Planas Family)

September 4, 2023

Honorable Robert D. Okun
Associate Judge of the
Superior Court of the District of Columbia
500 Indiana Avenue NW
Washington, D.C.   20001

RE:  United States vs Reginald R. Johnson
     Case No. 2023-CFI-001620
     Sentencing scheduled for October 13,2023

Honorable R. Okun:

I am begging for justice for Carlos Christian Rey who was killed by Reginal R Johnson.

A DRUNK driver named Reginald R. Johnson ended the life of an innocent young man named
Carlos Christian Rey on January 15, 2023.
Reginald Johnson deserves the maximum sentence the law allows because he killed an innocent
young man. A young man full of life and a future.
Despite his young age, Carlos had already began giving of his time and talents to help others…
He won't be able to do that anymore because Reginald Johnson killed him.

Carlos was a law abiding, intelligent, respectful and loving young man. He would have graduated
with a IMBA but his dream will never come to fruition because Reginald Johnson, a drunk driver,
killed him.
Carlos will never be a successful businessman.
Carlos will never marry his girlfriend.
Carlos will never laugh or pray again.
Carlos will never hug his family again.
We will never hear his voice again.      WHY?
Because Reginal Johnson, a drunk driver killed him.

As his cousin, I have witnessed and felt the devastation and suffering that the drunk driver,
Reginald Johnson has caused our family and in particular Carlos' mother and father.
Anyone who kills an innocent person deserves the maximum sentence by law and never
anything less because Reginald Johnson stole Carlos Christian Rey's life.

Your honor, we plead with you to deliver the maximum allowed sentence to Reginald Johnson.
That is the only just punishment for destroying a life and a family.

Thank you,

*Adelina Amat*
Adelina Amat

Honorable Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana., NW
Washington D. C.  20001
Re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620

Dear Judge Okun:

My name is Gretchen Arnold.  My life has been richly blessed by being part of the Christian family for 19 years.  Iraida Rey; Carlos' aunt, is my sister-in-law.  It is not possible to adequately state in words; written or verbal, the model family that the Christian family is. Their integrity, their unwavering commitment to do the right thing, their kindness and love selflessly shared with all, and most impressive: their incredible bond and closeness to each other. Being wrapped into the fold of the Christian family is the pinnacle of pure and beautiful family.

When I heard about Carlos' tragic death, I was stricken with thoughts that defied by Christian faith.  How could this beautiful soul that was given to us as the perfect human form of selfless love and giving be plucked from this life way too soon - and in such a careless and savage manner?  How could God do this to all those that Carlos touched, to all those that Carlos would have touched had not been taken away from us and most profoundly, to his exceptionally close family?  I felt like I was hearing the fabric of everything good being ripped from this life.

In your day-to-day life, you process hundreds of cases like this.  The same story - over and over.  Someone causes the death of someone or damages someone and you process the law.  I am grateful for the opportunity to provide a personal statement, and I am grateful that you are taking the time to read my statement.  The personal impact of this case is the devastating, life-long destruction that cannibalizes the lives of the innocent long after the law is applied.  It is unseen devastating destruction under the water's surface; hidden by the ice of processing the law.

Thank you for taking this time to look below the water's surface.  Picture if you can, a mother in a robotic daze shopping for a shirt to bury her most precious son in.  Picture being in a strange city and trying to find keys to your precious son's apartment.  You are confronted with his personal effects that he left with every confidence that we would be back; his shoes ready to slip in to for a run, his cup of coffee he didn't finish, his laundry on the floor.  He was just here.  His touch and smell everywhere.   You go through the unimaginable agony of packing up his things.  Although he was full of boisterous life, the silence of where he was and just touched is crushing. Weeks pass as you go back and forth with embassies, officials, and foreign red tape to fly the remains of your dead son home.  You take one last flight with your son – escorting his corpse to his homeland for burial.  You stand in a fog as you watch your son placed in the ground.  Never to hear his voice, embrace him, or know his touch again.  I have watched as Carlos' mother and father emaciate, their eyes receded to vacant gray sockets, and their will to go on taken away from them.  I have watched Carlos' aunt crumble and require medical assistance to go on. All of these wonderful people - shells of what they once were – and will never, ever be undamaged and happy again.  This is just part of the beast under the water's surface.  Dozens of George Washington University students will look back on their successful lives that were made possible by Carlos and miss him deeply.  Question why it had to happen. Hundreds of young adults loving sports and teaching their

children to love sports will look back on how Carlos gave of himself to teach and mentor them and miss him. Wondering why it had to happen. Innocent commuters and pedestrians that frequent downtown DC will have nightmares and always look over their shoulders when hearing a vehicle approaching – recalling the 60 mph vehicle careening towards them in a 25 mph zone. Those that had the horror of seeing Carlos take the brunt of that 60 mph vehicle will live with that sight for the rest of their lives and wonder why it had to happen.

Hundreds of lives irreparably crushed – never to be the same. It happened because Reginald Johnson chose to drive drunk. It happened because Reginald Johnson choose to drive in a heavily populated area of DC. It happened because Reginald Johnson choose to drive 60 mph in a congested 25 mph street. Reginald Johnson had been in court for making the murderous choice of driving drunk in *multiple* other incidents. Those court warnings and hundreds of destroyed lives was not enough for Reginald Johnson to make better choices. That is the roiling beast of death and destruction beneath the water's surface; hidden under the ice of simply applying the law.

Much is asked of you every day to apply the law. It is a heavy responsibility. Thank you very much for your time and commitment to consider the personal impact of this case. I pray that you are blessed with strength and wisdom.


Most Respectfully:

Gretchen Arnold

Honorable Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana., NW
Washington D. C.  20001
Re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620

Dear Judge Okun:

My name is Peter Arnold.  I am a 63-year-old father of two boys and live in Corpus Christi, TX.  I have been married to Iraida Rey Rodriguez for 19 years.  Iraida is the sister of Noelia; the mother of Carlos Christian.  When I first met the Christian family, the three boys; Jesus, Carlos and Jean were all young boys.  I have watched them grow up into fine young men with values, manners, and good grades – all instilled from their parents.

In my many years on this earth, I have been around hundreds of families.  I honestly cannot think of any family that is closer to each other than the Christian family; a family where parents really care – show it – and are involved on a daily basis in their children's lives.  The Christian family has always been an inspiration to me.  Carlos was truly special starting with his smile and unique grin.  From an early age, it set him apart from his brothers.  You could tell he was always thinking and up for an adventure.  He was full of energy and ready to organize a sports activity; especially soccer (even with old family members).  We all loved Carlos dearly as a family, that's for sure.  But even I am impressed at the number of people from all over who have come forward after Carlos' death to talk about how kind, gentle, and just special he was and how he touched their lives.  He was truly one in a million and now tragically he is gone.

Carlos was continuing his life journey in Washington D. C.  He was doing post graduate studies along with the love of his life; Camila.  They were engaged and planning to be married.  But on January 15th at 6:59 pm, Carlos Christian's life officially ended.  A young, healthy life ended that easily could have been avoided.  His fiancée' Camila's life also forever physically and emotionally damaged.

Carlos' funeral service in Santa Domingo, Dominican Republic was held at a large, beautiful catholic church.  The standing room only crowd wept openly with not a dry eye in the church.  The raw look of agony on everyone's face was almost too much for me to bear.  I still don't know how the immediate family made it through the receiving line.  It was long and gut wrenching just to watch.  I am told that maybe a thousand or more live streamed the service throughout the Dominican Republic, the United States and beyond.  He was and will always be deeply loved.

You always hear about how tragedy affects the surviving members of the family.  Some more profoundly than others.  As you can imagine the closer the family, the more the tragic effect of the suffering and raw pain.  Since Carlos' passing, the Christian family has been struggling on a level I would wish on no one.  This fine family is trying to continue with life like a ship on the ocean without a rudder; doing their best but floundering around in a daze a good bit of the time.  It is like a bad dream.  You hope you wake up and it will be gone.  But you wake and it's the same every day with no end.

What Roland Johnson did was no accident.  Things just don't add up.  Witness accounts state two other cars involved that sped off, and several people in Roland Johnson's car ran off after the crash.  Very strange!

What we do know for sure is that Roland Johnson chose to drive drunk at speeds of almost 60 mph in a 25-mph zone in the downtown area crowded with pedestrian and commuter activity at the very congested time of 6:50 pm. It's not a matter of if. It is only a matter of when you are going to cause a tragedy. And cause a tragedy Roland Johnson did. You cannot begin to imagine the depth of pain and misery Roland Johnson has caused to the immediate and large extended family. It is ongoing and will never stop. It is a life-long sentence.

Your honor, I invite you to join me in prayer for healing mercy for the Christian family. I pray for them every day as it is going to be a life-long road toward recovery. They are good people and deserve our support and prayers.


Thank you for your time, and God Bless.

Respectfully;

Peter Arnold

Subject: Request for Maximum Penalty in Case No. 2023-CFl-001620
Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001

Dear Judge Okun,

      I hope you're doing well. I am Camila Batres, and I had the privilege of being a fellow MBA classmate of Carlos Enrique Christian. I am writing to convey the profound impact that Carlos's loss has had on my life and the collective heartache of our MBA community. It was just over a year ago that our paths crossed, as we were both assigned to the same learning team during our first week of the MBA program. Those initial days were marked by introductions, camaraderie, and lighthearted discussions about the entrepreneurial dreams we shared after completing our studies. As time passed, our academic journey led us to countless group projects and study sessions. In those hours, amidst the rigors of academia, we found solace in discussing our families, friends, significant others, and the cherished places we called home.

      One moment stands out vividly, a pivotal point where Carlos's unwavering support left an indelible mark on my life. I faced a situation where a job interview required me to leave town, leaving behind a significant workload for Carlos and another teammate. The concern weighed heavily on my mind, but Carlos, in his characteristic generosity, reached out with reassurance. He urged me not to worry, emphasizing that I should focus on my interview, ensuring I'd be the first in our team to secure a summer internship. Carlos's encouragement during this episode and our time together resonated deeply with me. He was more than a classmate; he was a mentor, a friend, and a brother. His infectious smile brightened our school days, and his uplifting presence lifted the spirits of all who encountered him.

      Carlos's dedication to his education was unwavering. He attended every class without fail, his enthusiasm for learning evident in his eagerness to participate actively. Beyond the classroom, he willingly invested his time, often staying after class to lead study sessions and assisting fellow students as they prepared for significant exams. However, the joy of our reunion after winter break was marred by a conspicuous absence. As I turned around to see if he was in class on that first day back, Carlos's familiar presence was notably absent. An unsettling feeling settled in my heart as I sensed that something was amiss. The following day, I received the devastating news of the accident that had claimed Carlos's life. I delivered this heart-wrenching news to his closest friends in the cohort—a responsibility that weighed heavily on me. I can scarcely describe the anguish that consumed my heart; it felt like I had lost a beloved brother. Throughout that semester, a sea of flowers brought by fellow students served as poignant reminders of Carlos's enduring memory. His absence left a void that no amount of sympathy could fill.

Reflecting on the last time I saw Carlos at a dinner with his girlfriend and another teammate before our Christmas break fills me with deep sorrow. We were brimming with excitement about reuniting with our families for the holidays. Carlos, in particular, was looking forward to spending quality time with his parents and brothers. That evening, we were treated to a wealth of stories—of his father's college days, his

own undergraduate experiences, and his aspirations for life after completing the MBA. Carlos frequently spoke of his commitment to helping his family's business and his dreams of enjoying life by the beach.

In closing, I would like to express my gratitude for allowing me to share these reflections on Carlos and the profound impact he had on my life and the lives of our fellow classmates. I would appreciate the court considering the immeasurable loss of an exceptional individual when deliberating on an appropriate sentence for this heartbreaking tragedy. Carlos's memory lives on within all of us who were fortunate enough to have known him, and we hope that justice will pay homage to his enduring legacy.

Sincerely,
Camila Batres
cbatres@gwu.edu

Johanne Benito
Santo Domingo, Dominican Rep.
August 23, 2023

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001

RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620. Sentencing Scheduled for October 13, 2023

Dear Judge Okun,

My name is Johanne Benito, I am an economist and a housewife in Dominican Republic. I am a mother of two young men who practically grew up together with Carlos Christian (the victim). My son Diego Cabrera went to Carol Morgan School in Santo Domingo since Kindergarten with Carlos. He also played with both my sons in a soccer academy in the afternoons where they got the opportunity to travel to different countries to compete and our families shared their struggles and victories with them.

Carlos was a very special young man. He was kind, respectful with his peers, teachers, coaches, everyone. He was a leader by example, strong and humble. He was always trying to be a better person, willing to make all the sacrifices needed to help his friends. He loved his family. I was able to travel to DC the next day

of his death to give some support to his parents and brothers. It is the most painful experience in my life. We were all devastated, parents should never go through that indescribable pain. But what is always going to stay in my heart is how Carlos was able to impact so deeply into the life of his classmates and teachers in only one semester of his MBA at The George Washington University. All we heard about him was how he gave his time and knowledge to help them. How he volunteered to give up his leisure time to tutor them.

Carlos Christian's life was so rich and gave so much to everyone who knew him. The world would be a better place with him in it. I plea to you to give the maximum sentence possible to Mr Johnson who cut the life short of such a wonderful person.

Respectfully,

Johanne Benito

September 7, 2023

To: Hon. Robert D. Okun
Associate Judge
Superior Court of District of Columbia
500 Indiana Ave. NW
Washington DC 2001

I am family of Carlos Enrique Christian who was killed by an irresponsible drunk driver on
January 15,2023.

Carlos was a family person, caring and always with his parents, brothers, grandmother, aunts,
cousins, and friends. He was an excellent student in college and a very active community
member, who's life we've lost forever.

The night of the accident he was with his girlfriend, who was also injured and hospitalized in
critical condition.

I can't believe that a person so irresponsible like Reginald R. Johnson who already had a criminal
record of previous abuse of driving drunk, was still driving causing accidents and killing people.

Honorable Robert D. Okun I beg you that this person be convicted for the maximum time. He is
a threat for the society and can cause more danger. It is time that he learn his lesson and be in jail
where he can rehabilitate.

Thank you very much and may God illuminate you and make justice for Carlos and his family.

Cordially,

Abnyris Berrios

Abnyris Berrios, M.A Rehabilitation Counselor
W-5 Cond.Villas de Playa 2
Dorado, PR 00646
abnyrisberrios@hotmail.com

Hon. Robert D. Okun
Associate judge Superior Court of the District of Columbia
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001


RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CFI-001620.
Sentencing Scheduled for October 13, 2023.

Subject: Request for maximum penalty in case #2023-CFI-1-001620.


Dear Judge Okum:

My name is Iraida Rodriguez Berrios and grandmother of Carlos E. Christian Rey. I
humbly ask you to consider the gravity of this case. Carlos was a beacon of light who
touched the life of many. His dreams and aspirations were cut short by a man who
displayed a blatant disregard for other's safety. I trust in human and spiritual so you can
give a fair ruling to help us as a family heal our grief. And to confirm our belief in good
over bad.


Sincerely,

Iraida Rodríguez Berrios

Dear Judge Okun,

My name is Nabil Brache and although I never expected to be addressing you, it is with heart-in-hand that unfortunately we get to interact for the first time. The purpose of this letter is simply to give you a short perspective of what an outstanding human being Carlos was.

I always related to his way of living, presenting a calm presence in every room he walks in and topping that off with an eye-opening smile. We always shared a love for football, even going to Spain together to try and test our skills out against the best. We talked about doing something great for Dominican football and how we could improve the current situation. Whenever you were on the fence about a decision, pondering about wether it is good or bad, Carlos always had the moral compass you could rely on in situations like these, gearing everyone towards always doing the right thing.

Since the age of 4, I had the pleasure to grow up alongside him and learn from his all-righteous moral compass. My girlfriend Paula and I also got to make it an amazing habit of going on joint dates with Camila and Carlos. All these amazing experiences got me thinking of how our lives will play out and how Carlos and I would be talking about our shared passion of football while Paula and Camila would be talking about us in our future houses. Unfortunately because of the defendant, this is no longer something that we can look forward to as it is now merely a thought that causes deep pain and a sense of overwhelming injustice. Having gone through this, it is something I wouldn't wish on my worst enemy and something that together we should stop from happening again.

Thank for your time and consideration,

Nabil Brache

Hon. Robert D. Okun

Associate Judge

Superior Court of the District of Columbia

500 Indiana Ave., NW

Washington D.C. 20001


RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620.


Judge Okun:


     Carlos Enrique Christian was truly, and without reservation, one of the kindest and most thoughtful people I ever met; it was a true privilege to call him a friend. Carlos and I were classmates—in a grade of about 80 students—from kindergarten through high school. We were also teammates on the school varsity volleyball team for three years.

     When a person passes, the community often speaks of them warmly, highlighting virtues and discounting flaws. Eulogies can therefore prove deceiving at times, as peers feel the need to paper over any of the negativity they would otherwise harbor or express. I say this with the utmost sincerity, however: there is no ill that I could ever speak of Carlos, and I would be hard-pressed to imagine why anyone else could feel anything but the utmost affection towards him. Throughout my grade school career, I was at times more academically inclined than many of my classmates, which meant that I would often miss off-campus opportunities to form friendships. Carlos went out of his way to nevertheless include and get to know me, and despite his popularity, he always remained humble.

     As a man of faith, I believe that I must forgive the man who took Carlos' life. That will remain a private struggle for which I pray for God's grace and mercy. That said, I don't believe our impetus to forgive his transgressions in our hearts must come at the expense of sanction before the law. The defendant was given an opportunity to act responsibly and learn from his selfish mistakes; he nevertheless opted to—after a full day of drinking—get behind the wheel of a vehicle, for mere marginal personal convenience, and place the lives of his entire community at risk. I believe people can change, and I hope the defendant understands the gravity of the damage

that he has wrought. Even if he does, however, he has demonstrated that he cannot be trusted with the benefit of the doubt. Why should the public bear the burden of that risk?

Like all life, the life of the man who took Carlos from us remains precious, but so are the lives of all those in his community who stand to lose loved ones at his hand. The defendant's selfish recklessness took the life of my dear friend. We owe a duty to Carlos' family to recognize that value of *his* life; we owe a duty to the community to protect them from clear danger, and we owe it to potential future victims to ensure that those considering driving under the influence recognize the severity of the anguish they can wreak and the extent of the associated punishment.

Regards,

Nicolas Peña Brown

Diego Armando Cabrera

Santo Domingo, Dominican Republic

August 31, 2023

Hon. Robert D. Okun

Associate Judge

Superior Court of the District of Columbia

500 Indiana Ave., NW

Washington D.C. 20001

RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CFI-001620. Sentencing Scheduled for October 13, 2023.

Dear Judge,

My name Is Diego Cabrera and Carlos Christian (victim) was my friend. Carlos and I basically grew up together, all the way from kindergarten until 12th grade we were in the same school, students of the same age that also shared a passion for soccer and took lessons together after class. It's safe to say that I knew Carlos quite well. My friend was a man with a pure heart, he worked hard and strived for the best (reflected by his sports and academic achievements) and he did it without contempt or ill will towards anyone. I can confidently say that my friend was kind, humble, loved his family and always aspired to see the best in people. It is unjust that such an exemplary member of society is not here because of another man's reckless actions, I can't imagine the grief his family has been put through. May Carlos rest in peace, and may the man responsible for his death serve his due time,

Respectfully,

Diego Cabrera

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001
RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620. Sentencing
Scheduled for October 13, 2023


I, very respectfully, request that you, honorable judge, carefully analyze the sentence that will be applied to the person accused of the death of Carlos Christian Rey, a young man who was very serviceable to our damaged society. A cheerful young man, who brought joy to those around him. A responsible and hard-working young man who served a damaged society. An exemplary young man, with incredible moral and ethical values, to the new generation growing up in a damaged society. An irreplaceable young man who has left an eternal void in his family and in all of us who knew him.

There is an exceptional contrast between Carlos and the person accused of his death. This person has a history of drunk driving and other traffic crimes. He now caused Carlos's death, but he could have caused other deaths in the past. Let's prevent him from affecting more lives with his irresponsible behavior and little respect for the rules and order of society.

By this means, I ask you to do justice so that, in the future, this criminal does not extend the suffering that so many of us are going through with the death of Carlos.

Very respectfully,

Dr. Juan Cabrera

Fernando Rene Cantisano

Respaldo Agustín Lara 2B,

Santo Domingo, Dominican Republic

Email: frcantisano@gmail.com

Phone: 829 341 0486

Date: 8/24/2023


Honorable Robert D Okun

Court of the District of Columbia

500 Indiana Ave. NW

Washington D.C., 20001


Re: In re: United States v. Reginald R. Johnson, Case No. 2023-CFI-001620. Sentencing scheduled for October 13, 2023.


Hon. Robert D. Okun,


I am reaching out to detail the profound and lasting effect that the actions of Mr. Reginald R. Johnson have had on my life, my family, and the larger circle of those who loved Carlos Christian.


Carlos and I shared an inexplicably strong bond. We may not have been brothers by blood, but our souls were intertwined in ways words might fail to describe. Together, we embarked on countless family trips, sharing laughter, stories, and countless memories. His home was like a second home to me. The mutual respect, understanding, and non-judgmental atmosphere he provided were precious. With Carlos, I could genuinely be myself, a sanctuary in this often chaotic world.


Carlos and his brothers, Jesus and Jean, were inseparable. Their unity, their shared joy, and the love they exuded made it seem as if they were one spirit split into three. But now, due to a single reckless decision, that unity is shattered. One of those brilliant lights has been prematurely dimmed.

It pains me deeply to reflect upon what Carlos might have achieved. He possessed a magnetic charisma, a heart overflowing with kindness, and an intellect that promised an illustrious future. A future which my family and I were excited to see unfold, but now, tragically, that will remain an unfulfilled dream.

Perhaps it might come across as selfish to bring up personal experiences in this setting, but understanding the broader implications of Carlos's untimely death is vital. While my sister recently embraced the joy of an engagement, the shadow of Carlos's passing overshadowed our happiness. Thoughts of how Carlos would never experience such joy with Camila, his partner of over a decade, haunted me. When we should have been celebrating, my heart was burdened by the thought of sharing this news with the Christians, knowing that they were grappling with the loss of Carlos's unrealized dreams and life with Camila.

Carlos's loss resonates on multiple levels. His parents, Noelia and Christian, have lost a cherished son. Jean and Jesus mourn the loss of a beloved brother. Camila has lost the love of her life, the partner she envisioned growing old with. Our society, too, has been robbed of a promising individual, someone who had so much to offer.

In closing, I trust that this court will weigh the gravity of the impact of Mr. Johnson's actions. The consequences of his decision reach far beyond that one tragic event, affecting countless lives and shattering countless dreams.

Thank you for taking the time to understand the depth of our pain and loss.

Sincerely,

Fernando Rene Cantisano

08/21/2023

August 21,2023

Hon. Robert D. Okun

Associate Judge

Superior Court of the District of Columbia

500 Indiana Ave. NW

Washington D.C.  20001

RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620. Sentencing

Scheduled for October 13, 2023

Dear Judge, Okun:

This is Fernando Cantisano.  I Know Carlos Christian since he was 5 years old.  Due to the close friendship with his parents, he grew up being my nephew, as well as his other two siblings.

Carlos's family is a very special family, very close on each other, and all I can say is that these 3 boys (him and his brothers), were raised in a lovely environment that made them 3 outstanding young men.  However, Carlos, was somewhat special.  All of them were good and great, but Carlos was always some kind of special person in all means.  Carlos was the type of person that comes to the world with some particular call of being special, and to make everybody that surrounds him perceive this feeling of peace and quietness every time you have him around.

And sometimes, when you realize that Carlos left us so young in such tragic circumstance, you tend to perceive that this might needed to happen, because this guy was so special, that he needed to be in another world.  Sometimes when you are touched by someone at such a young age, and something like this happens, your first reaction is that.

And this might be the case when a health event happens, and you need to realize and accept that this might have happened for a reason.  In this event, this tragic event didn't happen for a reason. This happened because of an accident that should not have happened, finally happened.  And this happened because someone along the road was not responsible and now a very special person was lost.

Nothing will bring this role model young person back to life. Nothing will put the lives of his parents and siblings back where they were before this fatidic day of January 2023. And this is

the hard part here, since the only place where they can hold on to is to faith and to the fact that you need to keep on going no matter what comes in life.

However, at least we would like and wish to see, is that there will be justice in our world, and if someone made a material mistake this day, that led to the physical disappearance of such a special young man, the less that we hope is that some justice may be brought.  Not for recovering our lovely Carlos, not for having his parents and his siblings back where they were before the accident, since this is not recoverable, but at least, having some peace of mind, that anyone that made a terrible mistake should have had the obligation to face this difficult responsibility.

I hope that my words are read by you Mr. Okun and that understands that the only purpose of these letters is just to try to put in perspective a reality of an event that changed the life of many, not only his parents and his siblings, but of many, and that there is just no way back on such event, and the only remaining thing now is to hope to see justice in action and the responsible being accountable for this terrible mistake that took away a life, and took away happiness away of many people.

Sincerely;

Fernando Cantisano

August 21,2023

Hon. Robert D. Okun

Associate Judge

Superior Court of the District of Columbia

500 Indiana Ave. NW

Washington D.C.  20001

RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620. Sentencing scheduled for October 13, 2023.

Hon. Robert D. Okun:

Your Honor, my name is María Fernanda Cantisano, and I am reaching out to you today in hopes of letting you know a little something about who Carlos Enrique Christian was not only to me, but to his family, friends, and society.

I had the privilege of growing up with Carlos. His parents, like my mom, were from Puerto Rico but had decided to settle in the Dominican Republic. While to outsiders it may seem as if that transition were easy, only Dominicans and Puerto Ricans can appreciate how truly distinct each island is. Which is why as soon as the Christians settled here (or ever since I can remember) our parents were drawn to each other. What perhaps started out as extending a warm welcome to a foreign family blossomed into years of shared laughs, memories, and a true feeling of companionship.

We saw the Christians often, in fact, as kids we would always ask our parents when we would see them next. Overall, they were simply one of the most fun loving and happy families to have around. But most importantly, they had Carlos. Carlos was always down to play, up to joke, and most importantly he was always there to show you his appreciation of your presence whatever it was you were doing with him. He would simply make you feel as if you were the most important person in the world, specifically his world.

Early on, Carlos met Camila, one of my best friend's little sisters. Over time, Carlos and Camila merged so well that I genuinely cannot remember a time when it was not Carlos and Camila. They simply brought out the best in each other. You could see how much they loved and respected each other in everything they did. We were all excited to see them start building a life together, something that is now impossible due to the irresponsibility of the person you are sentencing on October 13, 2023.

Carlos was the most loving and intelligent young person I had ever met. He brought us love and joy, and we were all very hopeful and excited to see where he would end up in life. Of course, we could have never imagined that his life would end so early on and so abruptly. Having to see Jesús and Noelia go from being among the happiest people I have ever met to carrying an unsurmountable grief has been heartbreaking, and frankly, very hard to watch. Having to see Camila re-build her life at such a young age, and after having dreamed of forever for years next to Carlos is something that eats away at everyone that loved them daily.

Your honor, the person you are sentencing today did not only end Carlos's life. We have also lost Jesús, Noelia, Jesús (son), Jean, and Camila we all used to know. He ended countless dreams that had been dreamt, and unfortunately, there is no way to get any of these things back. The only thing we can hope for is that the responsible party gets the toughest sentencing available. And even though we are aware that that will not bring Carlos back, perhaps it can give all the people mentioned here some sort of peace to try to rebuild their lives.

Respectfully,

María Fernanda Cantisano

August 21, 2023

Hon. Robert D. Okun

Associate Judge

Superior Court of the District of Columbia

500 Indiana Ave. NW

Washington D.C.  20001

RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620.
Sentencing scheduled for October 13, 2023.

Hon. Robert D. Okun:

Your Honor, for as long as I can remember, Carlos Christian was part of my life. Our families were inseparable and therefore we were raised as siblings. I always had good memories with him, and I can't remember a negative moment or a time when I felt uncomfortable being in his presence. He was a sweet and joyful child who always wanted those around him to have a good time. This child grew up to be an exemplary adult, an excellent partner, excellent friend, brother, and son. I had a lot of respect for him because everything he set his mind to, he accomplished with greatness and kindness. He was on his way to having an outstanding life that would teach a lot to those who would have him in it. He was a humble and responsible person, and because of this he was on the best path anyone could imagine. A person so young but who had achieved so much academically and personally.

Because of this, I think it is important to give justice to our Carlos and his family. I understand that people deserve to be forgiven but at the same time they must learn with consequences, in order to be able to continue a life without making the same mistakes. Carlos' family deserves to go on knowing that their son's passing had the consequences it deserved.  I hope the importance of bringing justice to such a sad event that affected so many is understood.

Best regards,

*Maria Cantisano*

Maria Caterina Cantisano

August 19, 2023

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave. NW
Washington DC, 20001

**Re:**     **USA v Reginald R. Johnson**
Case No. 2023-CF1-001620
<u>Sentencing Scheduled: 10/13/2023</u>

Dear Honorable Judge Okun,

I am writing to you as a friend of Noelia Rey, the mother of **Carlos Enrique Christian Rey**, who was tragically killed by a drunk driver on January 15, 2023.  I have known Noelia since elementary school, and we have been like sisters for more than 45 years. I have witnessed the joy and pride that Carlos Enrique brought to his family, friends and community. He was a charming, respectful, loving and ambitious young man, who had a bright future ahead of him. He was studying Sports Administration at Washington State University, where he was also the captain of his soccer team. He was the second sibling of three beautiful brothers, and the light of his parents' lives.

I cannot begin to describe the pain and devastation that his death has caused to all of us who loved him. His parents are inconsolable, his brothers are lost without him, and his family and friends are heartbroken. He was taken from us too soon, by the reckless and irresponsible actions of Reginald R. Johnson, who was driving under the influence of alcohol for many times in his life. Mr. Johnson showed no regard for the safety and dignity of others, and he deserves to face the full consequences of his actions.

Your Honor, I respectfully urge you to consider the most severe sentence possible for Mr. Johnson, who has robbed us of a precious and irreplaceable human being. He should not be allowed to endanger the lives of others again, or to inflict more suffering on innocent families. Please, do justice for Carlos Enrique and his loved ones, who will never see him again.

Thank you for your time and attention.

Sincerely,

Nannette M. Cosme-Duran

To whom it may concern:

My name is Mari L. Escabí and I have known Carlos Enrique Christian Reyes since he was a little boy. He was the second child of this beautiful family.

He was a very responsible, good, enthusiastic in sports young man with great family values and with a promising future.

It is not fair that his family and friends have to suffer this huge loss and the man who caused this, is not

paying for what he
did. This man was driving
drunk and only three years
in Jail is not enough to
pay for what he did; the
valuable life of Carlos.

August 21,2023

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave, NW
Washington D.C. 20001

RE: In re: United States v. Reginald R. Johnson, Case No.2023-CF1-001620. Sentencing
Scheduled for October 13, 2023

Dear Judge, Okun:


My life changed from the day I found out the sad news about the death of my dear Carly, caused
by a traffic accident caused negligently by an individual who was driving under the influence of
alcohol.

On January 15, 2023 I was on vacation and I received the least desired call that a human being
can receive. I started to scream and cry inconsolably, disbelieving what I had just heard. And
even more so when 2 days before I was talking with Noelia, Carly's mother, who was on her way
to visit her 2 children. She would first visit her eldest son Jesus Armando and then Carlos
Enrique. No, no, no, what a great pain. Her mother, my cousin, my lifelong friend, my family. My
heart broke knowing the pain she was going through in those moments. Everyone in the family,
her husband, her children, her siblings, her mother, her mother in law, her brother and sister in
law, her cousins, her uncles and her friends suffered the loss of our beautiful Carly and their
lives changed forever.

Carly was a being of light. An admirable, respectful, familiar, responsible, loving, noble,
generous, cheerful, athlete, studious boy, with his goals well outlined with a future ahead and a
promising future.Good son, grandson, brother, cousin, nephew, boyfriend, friend. His beautiful
smile and great spirit lit up everyone around him.

Carly is family. I only have good memories of him and the sad part is stop coming. My son, my
daughter, my husband and I will miss him very much and this because of an irresponsible adult
making bad decisions.

The loss of him on this earthly plane changed our lives forever. His mother, my best friend, and
my cousin is not the same anymore. Her life changed, her face is not the same. That sadness
that reigns in her breaks my heart.

Six months have passed since his departure and I ask this Court to take into consideration the
magnitude and impact that this crime has caused in the lives of Jesus, Noelia, Jesus Armando,

Jean Andres, extended family and friends.I know that there is nothing and no one that will bring
Carly back to us, I only ask your honor to consider imposing the maximum sentence that the law
allows.


Sincerely,
Maria Escabi

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001

RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CFI-001620.
Sentencing Scheduled for October 13, 2023.

Dear Judge,

My name in Lordes Escabi and I know the Christian Rey family and Carlos Enrique
(RIP) since he was a baby. I can certify that the Jesus Christian and Noelia Rey are a
very loved couple, with big values, workers and responsible and with a lot of faith.

They knew how to transmit all those values to the three sons. Carlos Enrique was a
great student with a big future. He loves the sports and like a lot soccer. He was
studying for his master's degree.  He was very loved in Dominican Republic, Puerto
Rico and in George Washington University where he was studying at the time of his
dead.

It's sad that someone who was irresponsible killed him when Carlos was so young.
Three years in jail is not enough. He should have the maximum penalty. God justice is
greater than the one of the men.

I pray so that the Holy Spirit enlightens you to make the right decision and for what this
irresponsible person cannot continue driving intoxicated and kill another person.


God Bless You.



Lourdes Escabi

Dear Associate Judge Hon. Robert D. Okun,

"I told her that we should marry now, but I need to get a job first" were the sweet words that Carlos said when we were walking to school. Probably that is what hurt me the most when I noticed he was no longer with us due to a car accident—the radiant desire to live that was present in his eyes when he talked about his future.

Carlos was not only the smartest person in our MBA class but also the most selfless. He always led help sessions to assist others in our class in understanding the most difficult topics, and eagerly raised his hand to save our entire class when a professor presented a challenging question. What always inspired me about him was that, despite his incredible mind, he was the humblest of all. His way of communicating was welcoming and free of any arrogance.

I will always remember how excited Carlos was during the World Cup. He was so happy, and projected a game at the front of the classroom after one of our lectures so everyone could enjoy it.

I also recall the pride with which Carlos spoke about his father, mentioning how he applied the knowledge from school to help with his father's business.

Smart, humble, and friendly – that's how Carlos was to me, and I will always remember the happiness with which he pursued his dreams.

Please consider these thoughts as you make decisions regarding the sentencing for the responsible of the car accident. I hope it reflects the genuine potential and promise that was extinguished that day.

Sincerely,
Barbara Esparza
Carlos MBA Classmate.

Hello, my name is David Jose Fernandez and I have been a friend of Carlos since I was 13 years old. Carlos and I shared many beautiful moments together, from the highs of being crowned champions of soccer and volleyball tournaments to the lows of struggling with the hardships that life sends your way. Carlos and I were on our way to building a lifelong friendship. One of those where it didn't matter how far apart you lived or how long it had been since you last saw each other. A friendship that could stand the test of space and time. This was all until the afternoon of Sunday, January 15, 2023 when Reginald Johnson decided to get behind the wheel of his 2013 Jeep Cherokee while under the influence of alcohol. On that day, Reginald Johnson's selfish and reckless actions took the life of Carlos away; On that day, Reginald Johnson murdered my friend; On that day Reginald Johnson murdered Jesus and Noelia's son; On that day, Reginald Johnson murdered Jesus Armando and Jean's brother; On that day, Reginald Johnson murdered one of the most kind and selfless individuals I've had the pleasure to call my friend. Someone with a heart full of love, who's smile was contagious as soon as he walked into the room, and who never failed to let you know how much he appreciated you. On that day, Reginald Johnson murdered my friend.

Ever since that day, it's been hard to accept the fact that Carlos is no longer with us and that those cherished memories that I have with him are the only ones I'll ever have. It's been hard to explain how it feels to have someone taken from your life in an instant, so instead I'll share one of the things I've had to live with since that day in an attempt to convey feelings for which words do no justice. Have you ever had one of those dreams where you wake up and you wish they never ended? Where you wake up and you try going back to sleep hoping it would pick up where it left off cause you don't want it to end? Maybe it was a dream of you on a lovely beach with your friends, or one of those where you get to be the hero for your team. As we all know, sadly at some point you have to wake up and realize you're not on a beach with your friends or that you didn't score a crazy last minute goal to win the championship for your team. Well ever since that day I've also had those dreams and in them I get to see Carlos again. I get to hug him and I get to see the huge smile on his face when we see each other. I get to feel like

he never left and I get to see him again like we promised each other we would the last time we spoke. Just like with those other dreams, eventually I have to wake up and feel how the joy of seeing him again turns into the most heart aching pain. The pain of knowing that the only time I'll ever see Carlos again is in my dreams. Before that day I didn't know you could wake up crying and with tears in your eyes but thanks to Reginald Johnson now I do. On that day, Reginald Johnson murdered my friend.

I know that no amount of writing will be able to express what Carlos meant to me and to those who had the honor of calling him a friend, son, brother or partner. Carlos' impact on those around him was more than words can express and his loving memory will forever live in our hearts. I hope that this letter helps the court understand that on Sunday, January 15, 2023 Reginald Johnson, on top of committing murder, caused irreparable emotional damage to 100s of individuals for which he should be punished to the full extent of the law. On that day, Reginald Johnson robbed us of Carlos. On that day, Reginald Johnson murdered my friend.

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001
RE: In re:   United States v. Reginald R. Johnson, Case No. 2023-CFI-001620. Sentencing
Scheduled for October 13, 2023

Dear Judge,

I am writing to you today as a concerned family member of the late Carlos Christian Rey, who tragically lost his life in a drunk driving incident involving the defendant, Reginald R. Johnson. While I understand that the court must consider various factors in determining an appropriate sentence, I kindly request that you impose the maximum sentence allowable by law upon Mr. Johnson for the heinous act he committed.


Carlos Christian Rey was not just a beloved cousin to me, but he was also an exceptional individual who had a bright future ahead of him. He was a good, upstanding person, who contributed positively to his community and was deeply cherished by his family and friends. Carlos's untimely death has left a void that can never be filled, and our family remains devastated by this loss.

Drunk driving is a reckless and irresponsible act that endangers the lives of innocent individuals on our roads every day. It is a choice that Mr. Johnson made, a choice that led to the tragic and unnecessary loss of Carlos's life. While no sentence can truly bring closure or ease the pain of our family's grief, we believe that a maximum sentence for Mr. Johnson would serve as a just and necessary consequence for his actions.

We hope that by imposing the maximum sentence, you send a clear message to society about the severity of this offense and the devastating consequences of driving under the influence. We trust that you will carefully consider the impact of this incident on our family and the community and make a decision that promotes justice, accountability, and deterrence.

Thank you for your attention to this matter, and for your dedication to upholding the principles of justice within our legal system. We are grateful for the opportunity to provide our input in this case and trust that you will make the best decision in the interest of justice and public safety.

Sincerely,

Gloria Rey Foreman

September 8, 2023

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington DC, 20001

Dear Hon. Robert D. Okun,

I respectfully write to you with a very special situation that touches the heart and soul of our entire family as well as of many friends that got to know Carlos Enrique Christian very well. I want you to know that he was a very special human being that will not be with us anymore. He is deeply missed.

Carlos Enrique was beloved and respected by many people in his community, his family members, and friends. He impacted people around him with his integrity and very positive leadership influence. He clearly deserved to stay with us a lot longer.

I hope that as a human being, you understand our feelings and will make the very fairest judgement that this case merits. You were chosen to represent the law for a very good reason, you are extremely qualified to do so, and we count on you to at least have the satisfaction that justice was made to its real fullest extent.

Quite candidly, we do not agree with the initial assessment of this case and ask you to re evaluate the criminal history of the offender and the damages that this person caused his family, friends and other people that surrounded him.

While we cannot get Carlos Enrique back, in his honor, we want justice to be done. That is the least that we can provide him with and that is the least that we, respectfully, ask from you.

Thank you for taking the time to read this letter that was prepared with very deep feelings and a lot of hope.

Best regards,

Edmund Santiago Gómez

Hello, my name is Kukhee Han. I am a classmate of Carlos in the Global MBA program at George Washington University. Carlos was an important figure to many of us, including myself. His positive influence was invaluable not only to himself but also to those around him and our MBA cohort. Because Carlos was a friend who generously shared his knowledge, experience, and advice with anyone who sought it. He was always there to offer support and encouragement.

I couldn't stop thinking about Carlos. We were going to work together as a team last semester for a crucial required course to earn our MBA degree. I was thrilled to team up with him, as his remarkable financial knowledge and strong communication abilities were highly recognized among our MBA peers. Also, other teammates in my team had no doubt that he would play a crucial role in our team's success.

However, my group was left directionless after receiving sudden and heartbreaking news about Carlos. It felt like we had lost not only a team member but also our guide to the entire project. Whenever we faced challenges in our research, struggled to gather opinions, had to decide on data analysis methods, or even needed to compose presentation slides, I couldn't help but wonder what Carlos would have suggested or how he would have handled the situations. Even after completing the project, I still think about him. If we had worked on the project together, I know I would have learned so much from him and the experience would have been invaluable.

Carlos was a young man full of talent and passion. It's devastating that the incident he experienced ended up being labeled as an accident. I believe his loss was felt not just by his family and friends, but also by the United States, the Dominican Republic, and the 15 countries where our MBA cohort came from to study with him. I sincerely hope that his case will be taken seriously so that his loved ones can find a sense of closure.

Sincerely,
Kukhee Han

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001
RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620.

September 8, 2023


Judge Okun:

On January 15, 2023, while I was in Boston, Massachusetts, awaiting the birth of my first granddaughter, I received a call from my dear friend Noelia. As usual we talked, because I was looking after my daughter who was almost in labor.

"Hello Noelia" I answered,

"Not Titi Lissette, it's Jesús (eldest son of Noelia and Jesús Christian, brother of Carlos).

Jesus lives in Denver, and his parents were visiting him those days, and they had planned to later visit Carlos and Camila in Washington.

"What happened Jesus?" I answered.

"We are worried because Carlos and Camila had an accident while traveling in Uber. Camila is in the hospital, stable, although delicate, but we have not been able to locate Carlos, we do not know which hospital they took him to."

It is difficult to explain the anguish I felt at this moment and even more so when I could hear Noelia's cries who could not even speak on the phone. Both Jesús Jr. and Jesús Sr. went to call family, friends and anyone who could help in some way to locate where Carlos had been taken. We all immediately began to contact families or acquaintances in Washington to join forces, while they also continued and prepared a trip to Washington as soon as possible.

All the people we contacted told us that he was probably fine, but that, per protocol, they were not going to give information except directly to the family members. On the other hand, Jesús Armando shared with me the location of the accident, and everyone agreed that it should not have been a very big accident, since that area is an area where high speeds are not driven.

We kept talking for several hours in this search, and at one point we already knew that it was known which hospital they had taken him to, but that they were going to communicate directly with the parents; They are already on their way to the airport. Late at night I assumed we lost communication, since they would be traveling. That night we all spent in constant prayers for Carlos and Camila.

It wasn't until early in the morning that we received the sad news that Carlos had died in the accident. Later we found out, although without many details, that this accident had been between the Uber and another vehicle driven by a person who was under the influence of alcohol.

I want to stop this anecdote, to remember who Carlos Enrique was. Carlos, second of three male siblings, from the exemplary marriage between Noelia Rey and Jesús Christian. Children raised with love and values. Since he was little, Carlos stood out in academics, in sports, and above all in his respect, love and helping others; always valuing his family above all things. Young man full of dreams and with a promising life ahead of him. An upright, responsible human being with eyes that radiated security and affection.

He was captain of his high school Soccer team and qualified as outstanding athlete in 2016. Member of the "National Honor Society", among other things. He went to NY where he did a university degree and then returned to the Dominican Republic to work for a while before going to Washington to do his master's degree. Since he arrived in Washington, he became loved and noticed. There are letters from his teachers and classmates that show how he won the hearts and respect of everyone.

It should be noted that Carlos and Camila (his girlfriend who survived the accident) had been high school sweethearts and had moved together to Washington to do their master's degrees. They had many futures plans together, and a full life to live full of dreams. Camila was not only delicate and hospitalized, and underwent several operations, but she lost her partner with possible plans to marry and start a family.

Noelia and Jesús Christian are trying to cope with this grief, being a united couple and protected by faith and above all by their children Jesús Armando and Jean Andres, who are suffering from the loss of their brother.

The loss of a person's life should not be conditioned on whether they were a good or bad person. However, when the person who loses it is also someone so young, with so much future and virtues; when that loss is due to the bad decision of someone who also had judicial files for incidents of this type; It is logical to hope that the authorities will do the right thing to prevent such unprecedented injustice from happening again. "It is important to advocate for the safety of all people, whether good or bad, and ensure this does not happen again."

Nothing can bring Carlos back to us, not even the void he leaves in his parents, brothers, Camila, uncles, grandmother, cousins, family, and friends; but I trust that we must all advocate for a world where justice prevails, leading to teaching and coherence. As a family with five daughters, apart from entrusting God every day, both my husband and I try to instill that bad decisions of this type have consequences.

I pray to God every day for Carlos, whom we declare our angel who went to heaven at the wrong time. I ask God for conformity and peace to his parents, brothers, and all of us who suffer his departure today. But I also ask God for justice to be aware that these events cannot be ignored.

Sincerely,

Lissette, Ricardo Hazoury and Family

Dear Judge Okun,

I hope this letter finds you well.. I am writing to you with the intention to share some memories and thoughts about my dear friend Carlos Enrique, whose life was tragically taken due to the irresponsible actions of Reginald R. Johnson.

Carlos and I shared a friendship that was forged from our high school days. We graduated together, shared laughter, and unforgettable experiences. Carlos was always a free spirit, a boundless source of light and joy. Carlos's passion for soccer was undeniable. His leadership and genuine caring for his team made him the captain, not just for his remarkable skill set but also for his ability to uplift and inspire those around him. He dedicated himself wholeheartedly to the sport, giving his all in every match, and helping his teammates improve their game. His guidance on and off the field made him a beloved figure among his peers.

I vividly recall the moment when Carlos met Camila. I was always by his side, and I witnessed the birth of a pure and warm love between them. From an early age, we all knew they were meant for each other. Together, they planned their future and dreamed of a life filled with love and happiness. Their love story was an example of what we all seek in life: a deep and lasting connection.It is heart-wrenching to witness the pain that this tragedy has inflicted on Camila. His loss has left her with a void in her heart that can never be fully healed.

The news of Carlos's loss has not yet settled in my mind because it is difficult to comprehend how such a good and vibrant soul could fall victim to a tragedy of this magnitude. Carlos was an exceptional person, and his departure has left an irreplaceable void in our lives.

Now, I find myself writing this letter in support of the quest for justice for Carlos Enrique.The initial charges against Reginald R.Johnson, such as "Driving under the influence of alcohol or drugs" and "Reckless driving," were replaced with the charge of "2nd Degree Murder." Despite his reckless actions, Johnson has had the opportunity to accept a plea deal from the prosecution that would significantly reduce his potential sentence. This situation is deeply troubling, as it does not reflect the severity of his actions or the irreparable loss we have suffered as a result.

We are at a critical juncture, where we seek your understanding and support to ensure that the sentence imposed on Johnson is fair and commensurate with the gravity of his crime. Carlos was not just a friend; he was an essential part of our community, a person who radiated light and love in all directions. His absence is deeply felt in our hearts and throughout our community.

We implore you, Honorable Judge Okun, to consider the significance of this case and to impose the maximum possible penalty on Reginald R. Johnson. This is our last opportunity to ensure that justice is served in Carlos Enrique's name. Nothing can bring our beloved friend back, but we can at least fight for his memory to be honored and for the person who took his life to fully take responsibility for their actions
.

We appreciate your attention to this matter and hope you will take our words into consideration when making your decision.

Sincerely,
Soviry De Leon

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001
RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620.
Sentencing
Scheduled for October 13, 2023

Dear Judge Okun

With the intention for you to know me better, my father and mother decided to write this letter, which is a compendium of my writings since I was thirteen years old. Some sentences have been modified to bring them to the present, but the content of these lines and their essence was written by me.

"Who I Was"

"My name is Carlos Enrique Christian Rey I was born on April 21, 1998, in San Juan, Puerto Rico. When I was three years old my family moved to the Dominican Republic for my dad's job. My whole family is in Puerto Rico, and I used to visit them constantly and sometimes they visit us. My mom's name is Noelia and my dad Jesus. My dad is a determined and accommodating man. Whenever my brothers or I ask for something, he does his best to help us or please us. My mom always supports us. At school my mom always expects a lot from us and helps us to work. The thing I like most about my parents is that they are always there for me, whether I need them or not."

"I have two brothers, my older brother's name is Jesus, and he is twenty-seven years old and my younger brother's name is Jean, and he is twenty-four. Jesus lives in Denver, Colorado after he graduated from University of Michigan he start to work Lockheed Martin Corp. I have always been very proud of him and his achievements, as I know he is of my accomplishments too. Jean just started in January to work with my father, and I know that he will be successful because from when he was very young, he was always interested in the business."

"My grandparents and grandmothers have been a crucial part in my life. Both of my grandparents are resting in peace, but they have marked and left footprints in my life. My maternal grandfather, Armando, died in February, two years before that I was born. Although I have never met him, he has greatly influenced my values today. Sometimes when I am alone and silent, I imagine myself and my grandpa on a swing, laughing. I can imagine what it would have been like if I had been there with him when he was living. A desire I've always had since I was little is to have known him."

"My paternal grandfather, Grandpa Chu, as we used to call him, also died, but at least I had the chance to meet him. I have few memories of him, as he died when I was very young. I have a memory of him that will never leave my mind. He was lying on a sofa very sick and me sitting next to him. I asked him why he was so sick. He told me he was fine, that it was just the flu. Now I realize that I was saying it so that it wouldn't scare me because I was too young, for a reality like that one. He died of cancer when I was three years old. I always take my two grandfathers in my heart since."

"My maternal grandmother, Iraida, is always there for me when I need it. She supports me like a mother, and I love her with all my soul. My paternal grandmother, Genarita, is the same with me. I am fortunate to have the two best grandmothers in the world, and I won't let them go. I always talk to them on the phone or on "Facebook", and there is never a lack of communication between us."

"The biggest goal in my life is playing football at the professional level. I would settle for playing in the United States, but I know I've got more in me. My dream is to play with Ricardo Kaka as a teammate team, coach, or just get to know him. To achieve this objective, I practice and play soccer Tuesday, Thursday, Friday, and Saturday. I know that this is not enough, but I understand that I already have the required talent to start practicing outside the country. I have participated in many international tournaments. Recently, with my team we won the USA Cup, which is one of the best tournaments for young in the United States. I always give my best, and I hope to have the opportunity to have a team pick me to show them my talents".

"I am going to be a man who gets along with everyone and who tries to bring out the best in those around me. I like to bring out the best in people, because that's how they realize their maximum potential. Knowing that they can be better, they will always try to be like that. I feel good about doing this, because I am proud to have helped my community become better. I'm going to be the same with all people no matter what they think about me. One quality that I like about myself is not being afraid to do different things and have others make fun of me because I think the only thing that matters is what I think of myself. Not many people have this quality and I think I will keep it forever."

Life changes and your destiny becomes clearer, renews your goals and your heart directs you to new directions. When I graduated from high school, I went to Syracuse University where I completed an undergraduate degree in sports management and a minor in marketing. Obtaining this degree from Syracuse David B. Falk Collage of Sport and Human Dynamics in three years and Cum Laude

At this point I decided to return to the Dominican Republic to work and follow the love of my life Camila, who was also graduating college and returning to DR.

During my time in Dominican Republic (DR), I worked for the DR National Soccer Leage as assistant director, where I began to apply my knowledge as well as learn a lot about working life.

On 2022 driven by my interest to achieve another one of my goals and after the Covid pandemic, Camila and I decided to go back to school but at this time together because during collage we were apart, and we no longer want to be separated any more. Camila was accepted to Georgetown University while I was accepted into George Washington University for a Master's Degree.

We moved in August 2022 to an apartment on New York Avenue where we begin a new life as fellow friends and lovers. For five months we shared our lives and confirmed that we were meant for each other and reaffirmed our purpose of being together for the rest of our lives.

Additionally, I was full of happiness because I had in my class a varied group of great human beings with whom in a short time, we made a great friendship as if we had known each other all our lives, and because I loved what I was studying so much that in my first semester my GPA was 3.91.

We returned for the Christmas holidays to DR and I expressed to my parents how happy I was and that I had already made the decision to get engaged to Camila. When we returned to Washington again in January 2023, we did so with Camila's entire family who took a week off to be with us and enjoy the city. After them returning to DR we began our studies again.

I was twenty-four years old when on a Sunday afternoon on 15th St. and Massachusetts avenue I lost my life. Everything happened so fast that I didn't have time to say goodbye to my loved ones, not even Camila who I had her by my side. In those seconds all my goals and my future died, the children I wanted to have and the family I wanted to treasure.

I do not know what happened, but you do, since the facts were presented to you, it is you who has the capacity to grant the just punishment to a person who took me out of this world.

I only ask that you be fair and protect the community I was a part of since what happened to me could happen to any citizen, even you, if you had been in the same place at the same time as me. I was not perfect, but I did not deserve to die this way and be deprived of the honor of serving this world.

Carlos Enrique Christian Rey (RIP)

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001

RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620. Sentencing
Scheduled for October 13, 2023

Dear Judge Okun,

Hope this letter finds you well. My name is Juan Carlos Pérez and I write to you in regards to case
No. 2023-CF1-001620, United States v. Reginald R. Johnson.

I would first like to introduce myself. I am a dear friend of Carlos Enrique Christian; may he rest
in peace. Well, I was, seeing as the events being investigated and tried in this case unfortunately
took him away from all of us who loved him dearly. His passing has left a huge whole in my heart
and those of countless others which is why today I write these words as to help you understand
exactly what kind of person we lost that day.

Let me tell you a bit about Carlos. He was perhaps the kindest person I ever knew. Liked by
literally everyone, always joyful and mindful of others, empathetic, charming, a straight A student,
one of the top athletes in our entire school, simply put, a role model kind of guy. Since 2010 him
and I shared a beautiful relationship originally fueled by our love for sports (mainly soccer) and
our passion for the business behind. Often we would sit down and converse about the new moves
in the transfer market, the current rumor mill in the industry and our affinity for Real Madrid. Since
his brother, Jesus, and I were best friends and Carlos was only a year younger than us we would
often hang out literally every day of the week after soccer practice at their place or mine. With
time, of course, our relationship grew beyond just sports and we found ourselves sharing pretty
much any extracurricular activity together: robotics, going out, basketball team, video games, you
name it, we did it together.

I mention all this because I want you to understand exactly how often we were together and the
amount of opportunities I had to see Carlos in his best and in his worst. Despite having shared so
much with my brother from another mother I can honestly say I NEVER, EVER saw Carlos
commit any act of malice to anyone. In fact, I can genuinely say the only times I ever saw him
without a huge smile in his face were after a big loss on the soccer pitch. Even then, Carlos was
the kind of person who was a leader by nature, and he'd be the first to lift the rest of the team up
and get everyone in good spirits. He brought this energy with himself everywhere he went, having
this uncanny ability to joke around with people but always keeping everything respectful and
making sure not to be offensive in any way. Carlos had one of the purest souls I have ever met.
It's so unfair he was the one in the wrong moment, at the wrong time. It's so unjust that he got
taken away in such a tragic manner.

In more recent years Carlos and I continued to have a very tight brotherly relationship. We would
constantly coordinate to hang out after work play some Texas Hold-em and watch whatever sport

was on at the given day. Even after 10+ years we would still always talk about the industry behind sports and how the business side of it worked but now Carlos was an insider in it. His passion for soccer had led him to pave a way within the national soccer league of the Dominican Republic. In a place where the clear dominant male sports were baseball and basketball, Carlos had the audacity to affront the extremely difficult challenge of putting our soccer league in the map. He would always say, "we have so much potential in this sport. The level is much better than people think, on a very tight budget and with an understaffed association" and incredibly enough just one year after having left his position in the league to pursue his MBA, we have already seen sparks of the work he did and the potential he always talked about. The under 20 national team qualified for the first ever world cup and Olympics in the history of our country, and the women's soccer team qualified for the world cup as well.

I say this because one of the things that pains me most is knowing that on January 15th of this year, it wasn't just his body and soul that passed, but also his dreams and potential died along with him. I am wholeheartedly sure that Carlos was going to revolutionize the sport and make it a staple in the life of future Dominican generations. He was already impacting the lives of so many players and prospects through propelling and expanding their platform. I think about where he would've been in 10 years' time and I can't help but tear up thinking about the collateral damage that this preventable, extremely unfair, accident caused. I can go on for days about what an amazing human being we lost that day, but I'm sure at this point you have a pretty solid idea about how highly I think of my friend.

Let's talk about the accident. To my understanding Carlos was murdered by a drunk driver who had previously had other incidents of DUI in other states and had been sentenced for other traffic incidents in the past. A man who, on a Sunday afternoon was so inebriated that he was speeding fast enough to crash onto a car and a wall with an amount of force that pretty much destroyed both cars, injured four people and killed an innocent 25-year-old man. This is the type of tragedy that should land a man in jail for the rest of his life. This is 2nd degree murder by a man who has made the mistake of drunk driving before, gotten caught several times and still not learned his lesson. A man who had gotten multiple chances to fix his behavior and still got behind the wheel under the influence. This time around, his behavior ended the life and dream of a young man and a couple (Carlos had a 9-year relationship with his girlfriend, Camila, who he was surely going to marry), shattered a family, and perforated the hearts of hundreds (not an exaggeration) of his dear friends and loved ones. It begs the question, does this man deserve another chance? Would this not have happened had he been sentenced to do some time for his past incidents with the law? Would he have learned his lesson? Would Carlos still be here?

Having read through the case I find it truly unfair and unjust to Carlos, his family, girlfriend and dear friends, that the man responsible for this terrible tragedy could potentially get away with only 5 years in prison. Even the maximum sentence of 12 years seems like an unworthy punishment for the amount of damage this man has created. As someone who had to suffer through it I beg you to please serve this man the justice he deserves.

Imagine it would've been someone you love that was in that car that day. Imagine it was that person who is always illuminating every room he/she walks into. The person with the purest soul you know. I know someone popped into you mind, perhaps your son/daughter, wife/partner,

parent, best friend, I'm sure you have someone like that in your life. Now imagine you receive a text that they were killed by a reckless drunk driver with a history of DUIs and traffic incidents. Would 5-12 years really feel like justice for that person? For their loved ones? For you?

I urge you to please consider this. Please take into consideration the pain and suffering caused by this foreseeable and preventable incident (given the drivers history). Please look at his parents, his brothers, his girlfriend. Give them the justice they deserve.

Regards,

Juan Carlos Pérez

September 11, 2023


Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001


RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620.
Sentencing Scheduled for October 13, 2023


Honorable judge Okun, there are no words we could write you to express this sorrow of the physical loss of Carlos Enrique Christian Rey. Since Carlos was a boy, his conduct was full of respect, happiness, and kindness. He grew up to become a central figure of support and anchor in our family. He was exemplar as a brother, cousin, nephew, and grandson. In his school he was captain of the soccer team and from Syracuse University he graduated with honors. In addition, at George Washington University his MBA fellow students and faculty distinguish him as a selfless leader.

As facts demonstrated during the investigation on the circumstances of this case, the murderer of Carlos Enrique made the choice of day drinking severely with the intent of driving later. The individual drove while being impaired and obviously did so recklessly. Those were not one bad day unfortunate series of choices since it was recalled in court this individual had previous cases of alcohol abuse and driving under the influence. The individual acted, on more than one occasion, as to have no fear of breaking the law.

We are aware no sentence will bring back Carlos Enrique to his physical form. Nevertheless, being proud members of United States of America's society that grant freedom to its citizens to make their choices, we expect this case to be an example of the consequences for constantly breaking the laws and causing this tragedy. These sentences, besides what we feel and expect as a direct family member of the victim, propel the community to be law abiding citizens and respect the life of neighbors.

Carlos Enrique's memory deserves that his murderer receives the maximum sentence in this law-and-order country.


Respectfully,

Rey López Family
- Armando Rey Rodríguez        (Uncle of Carlos Enrique Christian Rey)
- Armando Rey López            (Cousin of Carlos Enrique Christian Rey)
- Amanda Rey López             (Cousin of Carlos Enrique Christian Rey)

A quien pueda interesar:

Yo, Lourdes Escati conzco a la familia Christian y familia Rey y a Carlos Enrique (Q.E.P.D.) desde que era una niño. Puedo certificar que la Fam. Christian + Rey son un matrimonio muy queridos, de grandes valores, trabajadores, responsables, y mucha fe que supieron transmitir a sus hijos todos valores. Carlos Enrique fué un estudiante con un futuro en comicable, fué deportista, le gustaba mucho el soccer y estudiaba su maestría. Muy querido en la Republica Dominicana y en la Universidad de Washington donde estudiaba en la hora de su muerte.

Es una pena que una persona irresposable le quitó la vida en

su corta edad. Tres años de
cárcel es muy poco y se le debe dar
la pena máxima. La justicia
de Dios es más grande que la de
los hombres. Que el Espíritu Santo
les ilumine para que tomen lo
pedido y que este chofer no
siga guiando en estado de embriagez
y cometa otras muertes.

Dios Bendice

September 9, 2023

Honorable Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington DC 20001

RE: In re: United Stated v. Reginald R. Johnson, Case No. 2023-CFI-001620. Sentencing Scheduled for October 13, 2023.

It has been 7 months since the fatal accident that took the life of Carlos Enrique Christian.  A young, responsible, professional young man, innocent victim of a drunk driver.  I've  known his family since  our childhood.  I know  Carlos Enrique received an education based on love, responsibility, accountability, respect and **VALUES**.   I see how this family feels the pain, the sorrow and the frustration; these are strong feelings that does not know  limits.  It's a pain and sadness that will always exist in their hearts, because the loss is irreparable.  This family will never be the same, EVER, because of this terrible event.  I cannot imagine the pain of losing a child, but it's unthinkable  losing a child in an event as  sudden as an accident.

The driver, Mr. Johnson, was drunk driving.  This is not the first, nor the second time this person has been accused and sentenced of similar charges.   This person **DECIDED** to drive again drunk, challenging the law, the authorities and the system, and risking not his life, risking a lot of people lives by driving in this condition.  Assuming a reckless and irresponsible attitude every time he decide to drink and drive.

I believe and I have  faith in the American Justice System,  but I cannot stop thinking about how many lives this person has to take away, how many people he has to murder in order to receive the maximum sentence under the law, based on the fact that he hasn't learned a bit from his previous experiences.  Five to Twelve Years is not nearly as close to what Carlos Enrique's  family will be suffering with this irreparable loss,  because a loss of a child is  not surmountable.

Kindly,

Susana Martinez

September 10, 2023

Hon. Robert D. Okun

Associate Judge

Superior Court of the District of Columbia

500 Indiana Ave., NW

Washington D.C. 20001

RE: In re:   United States v. Reginald R. Johnson, Case No. 2023-CFI-001620. Sentencing Scheduled for October 13, 2023

Hon Okun, we are, Andrea Matias and Pedro Julio Castro and we had been part of family Rey for 44 year and of Christian for 27 years. When the Christian Rey kids were born in Puerto Rico I (Andrea) took care of them, including Carlos Enrique, while they lived in Puerto Rico and until their parents decided to relocate to live at Dominican Republic.

Carlos Enrique was a special kid, like an angel, and he was very intelligent, and we had been suffering a lot since he died. We loved him as the son that we didn't have and we can't believe that died on January 15, 2023, because of an accident caused by a drunk person.

We want justice to be done under God's Name and we ask your Honor to consider sentencing Mr. Johnson to the maximum sentence under the law as any time is nothing compared to our suffering of Carlos loss.

Andrea Matias and Pedro Julio Castro

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave, NW
Washington D.C 20001

Dear Honorable Judge Okun:

I am writing to provide a character reference in favor of the deceased young man, Carlos Enrique Christian. My full name is Tamahra Ojeda Melendez. I am currently retired from FedEx and live in San Juan, Puerto Rico. I known this family for the past 30 years. They have been my friends since. I was in shocked when I was told of the death of Carlos Enrique, so hard to accept the loss of such a young man starting to prepare his future. The death of Carlos Enrique have touched all of us who are so close to this family.

Carlos was an incredible human being with so many positive qualities; intelligent, kind with everyone he met, loving, excellent person with his family, relatives and friends, responsible with his studies, good student , honest, loyal, respectful, compassionate, generous and dependable.

It is pitiful that such a fine young person had died as a consequence of a negligent driver who had not regard for the safety in the lives of others; driving a vehicle in the streets in an irresponsible and negligent way. When I think that incident could have happened to my son, my heart shrinks full of pain; no mother should go through this pain because an irresponsible person who broke the transit laws. I can only hope that justice prevails and this family gets the man's and God's justice they deserve.

Respectfully:

T M

Tamahra Ojeda Melendez

To Judge Robert D. Okun,

I would like to express the gravity of the loss of my great friend, Carlos. He was a person that always carried with him an aura of positivity and friendliness that in the world today, are scarce characteristics to find. He was an amazing individual who impacted and touched the lives of everyone he met in all my time knowing him. His passing was not only a loss to his family, friends, and community, but to all the people he was eventually meant to cross paths with. He was a young man who still had his whole life ahead of him to live. He, of all people, did not deserve to have such an accident happen to him. I continuously found myself asking the question of "why him of all people? Why him?" The news obviously came as a shock to all of us and I believe the seeming lack of closure is what hurts and stings the most. The only answer and closure I have found is in this quote: "Why does God take away good people so early? Cried the son. Because the most beautiful flowers in the garden are always plucked first, sighed his dad."

With this being said, I believe we all have been left to try and seek the light in the darkness of this tragedy. We know we can not bring Carlos back, but we all believe justice should be served in his honor. The defendant recklessly acted out and got behind the wheel while under the influence and took a loved one from us. Everyone knows mistakes and accidents happen and they can be forgiven. What we believe should not be forgiven, however, is when these mistakes and accidents are repeated. The defendant has a record of infringements of getting behind the wheel while under the influence and disregarding the public's safety. For this reason, I believe, and I feel I speak for all his friends and family, that the current maximum sentencing of 12 years given his previous history is inadequate and almost disrespectful for not only the loss of Carlos' life, but for the safety of others. I believe it would be negligent to allow this man back into society, given his track record and numerous displays of imprudence.

I would like to leave you with this. Would you be okay with man on the road again in the future with your son, your daughter, your mother, your father, your sibling, or your friend? This man has had a chance to reflect on his actions before, but it has not helped. He has been given second chances, to no avail. I would at least hope you re-evaluate all the variables in this case and thoroughly think things through so you can justly give this man the sentence he (truly) deserves.

Protect the community,

Andre Mendez

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave. NW
Washington, D.C. 20001

RD: in re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620. Sentencing
Scheduled for October 13, 2023

It has been months since an unfortunate accident took away Carlos from our lives. The pain and sadness that I feel whenever I listen to certain songs, watch certain movies, or come close to his family members is unimaginable as I am constantly waiting for him to go through the door and tell me it was all a bad dream. He was my best friend, the closest thing to what having a brother feels like and together we had so many dreams we wanted to accomplish, both on professional and personal levels.

Carlos was a kindhearted, noble being who was on course to becoming a great sports agent once he finished his Masters program at George Washington University. Prior to the accident was had established a vision of opening a professional soccer agency back home, following his graduation, so we could present impoverished young kids with the opportunity of having a path towards the professional sports world. In third world countries, I cannot express the limitations that many underprivileged people face when it comes to seeking accurate representation and not have some greedy sports agent focusing on the commissions that come from signing a lucrative deal. Carlos' character made him have a strong desire to help so many people achieve their goals of becoming professional soccer players, as he was already in discussion with a few individuals about how we could positively impact the industry back home.

To this day I still can't go to bed without first speaking to him, as if he were right next to me and we were having a routinely conversation about our day, nostalgic experiences we had growing up or our future plans. The last time we spoke, he told me all about his marriage plans and how by the first trimester of 2025 he was going to be already engaged, when he was going to buy the ring and life after graduation. His next few years were already planned out and this is what pains me the most, how bad decisions got us to where we are now. I know I won't see him again, but he will always be there guiding me and his family as a bright star in the sky. So many of us have had to reorganize our lives so much since January 15, and that pain we feel won't ever go away. I just want justice to be done.


Juan Tomas Montas

# Hon. Robert D. Okum

Associate Judge

SuperiorCourt of the District of Columbia

500 Indiana Ave., NW

Washington D. C. 20001

RE: In re; United States v. Reginald R. Johnson, Case No. 2023-CFI-001520.  Sentencing Scheduled for 10/13/2023

Hon. Okum, my name is Grisel Rey Palmer,  Carlos Christian Rey's cousin,
Who was killed on Jan. 15, 2023, by Reginald R. Johnson, who chose to drive drunk and caused a fatal accident.

Carlos Christian's, 24 years old, death has changed our family for ever.
Therefore, I ask this court to  consider sentencing Mr. Johnson the maximum consequence under the law.
Thank you.

Respectfully,
Grisel Rey Palmer

Att. Hon. Robert D. Okun

Associate Judge

Superior Court of the District of Columbia 500 Indiana Ave., NW

Washington D.C. 20001


RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620. Sentencing Scheduled for October 13, 2023


It is with great regret that I write to you to express the deep sadness that the physical loss of Carlos Enrique Christian Rey has left in our hearts on January 15, 2023. Carlos was a person of values and principles, in addition to being a son, grandson, exemplary brother and friend. Outstanding student, dedicated to sports and with the desire to start a family with his girlfriend Camila, who was also injured in the accident and is currently in the process of recovery with future consequences still unknown, all this because of a person under the effects of alcohol. Alcohol, which ended the life of an exceptional human being, ruined his girlfriend's life, and caused irreparable loss to his family.

I note with deep concern that cases like this fail to raise awareness or the integrity of our laws, considering that this will not bring Carlos back. He leaves indelible marks in our community and in our group of friends, and we feel immense pain when we see that his dream will not come true.

We are all aware of the implications that the laws in the United States have for drink driving, so it is time to adhere to them to prevent future crimes that continue to take the lives of innocent human beings.

In these difficult times, it is important to come together as a community and speak up to demand change. We must work together to raise awareness about the dangers of drinking and reckless driving. In addition, we must fight for a more rigorous legal system that guarantees the safety of all citizens.


Let us always remember Carlos as an exceptional human being, someone who inspired us with his dedication, values, and dreams. May his departure motivate us to act and not allow more tragedies like this to happen.


With deep respect and pain,

Gabriella M. Pernetz

Dear Honorable Judge Robert D. Okun,

I trust this letter finds you in good health. It is with a heavy heart that I reach out to you regarding the devastating DUI accident that claimed the life of my dear friend, Carlos Enrique Christian Rey.

My purpose in writing is to provide you with an authentic sense of the magnitude of this event and the far-reaching impact it has had on numerous lives, touching communities across different countries.

You should know that Carlos was not just a friend; he was a son, a brother, a boyfriend to his high school sweetheart, a varsity team captain and above everything else, a shining example of kindness, integrity, and community spirit.

During his late teens, Carlos crafted a clear path for his professional journey, firmly anchored in his passion for soccer and his mission to further the sport's growth in the Dominican Republic. Amidst a landscape traditionally devoted to baseball, Carlos envisioned a potent future for a bona fide professional soccer league—one that would provide tangible opportunities not only for the growing number of Dominican soccer players, but also for their families. Fueled by this drive, he embarked on his sports management studies at Syracuse University. Through this educational pursuit, he became an instrumental force within the Professional Dominican League until the previous year, when his aspirations led him to George Washington University for an MBA —a pivotal stride towards his next endeavor, one that remained deeply intertwined with soccer and his community. Now, in his absence, an irreplaceable void reverberates.

As someone who shared the journey from childhood to college with Carlos, I can attest to the remarkable person he was. His kindness knew no bounds, and he had a unique gift for bringing people together. The memories we created, from our carefree days of growing up to navigating the challenges of college, now serve as both a source of comfort and a poignant reminder of what's been stolen from us.

What compounds the tragedy is the knowledge that his life was taken by the recklessness of another. The defendant's history of repeated offenses cannot be ignored. It paints a distressing picture of a person who disregards the safety of others and fails to learn from past mistakes.

I implore you, Judge Okun, to consider the far-reaching implications of this case. Another loss like Carlos's would result in another unbearable blow to those who held him close and the communities he deeply touched. While I believe that a 12-year sentence, given the defendant's history, falls short of what's appropriate, I urge you to consider a sentence that echoes the weight of this loss and underscores the need to protect society from further harm.

Carlos's memory lives on in the hearts of those fortunate enough to have known him. While we can't rewrite history, we have the power to shape a future where his legacy fuels positive change and unity.

I want to express my gratitude for taking the time to read this letter and for your consideration of the impact your decision will have. With confidence in your wisdom and commitment to justice, I believe the path you choose will uphold the safety and well-being of the community.

Sincerely,

Daniel Antonio Saenz Poe

Mexico City, Mexico August 22, 2023

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001

RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620. Sentencing
Scheduled for October 13, 2023

Dear Honorable Okun,

I will never forget January 16 of this year when very early in the morning I received the phone
call about the tragic death of Carlos caused in a car accident due to an irresponsible drunk
driver.

Carli, as we call him since he was a child, who I considered as one of my own was the best
friend of my son Daniel, since they were 6 years old when we moved to the Dominican
Republic. Daniel and Carlos were so close that they went together to the same University in the
USA and were roommates for 4 years. We share with him and his family, trips, vacations, soccer
tournaments and family get togethers.

Carlos was unconditional, solidary  and the best friend of my son. His suddenly and tragic
disappearance is a gap in our lives that will never be filled. He was an excellent student,
extraordinary athlete and great human being with great values with an incredible future that
was taken away by a drunk driver.

The great pain that his family and us will suffer for the rest of the life it is something that will
never you can recover from.

I pray that this will not happen to any family.

Sincerely,

Katya Poe

Costa Rica Passport 1-6790-955

Subject: Request for Maximum Penalty in Case No. 2023-CFl-001620

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001

Dear Judge Okun,

I hope this letter finds you in good health and spirits. My name is Roli Rai, and I am writing to provide my heartfelt perspective on the case of United States v. Reginald R. Johnson, Case No. 2023-CFl-001620. The purpose of this letter is to convey the profound impact that the actions of the defendant have had on the lives of those who knew and cherished the late Carlos Enrique.

Carlos and I began our journey together as members of the same MBA program at George Washington University. While we initially found ourselves on the same team for academic assignments, our relationship quickly evolved into a deep and meaningful friendship. As an international student from India, being far from home often brought feelings of nostalgia and homesickness. However, Carlos's presence in my life played a pivotal role in alleviating those sentiments.

What started as a professional partnership soon transformed into a strong support system and a genuine friendship. Carlos would frequently check in on me, making sure I was adapting to the new environment and feeling comfortable. His compassion and thoughtfulness knew no bounds, and his ability to create a sense of belonging in a foreign land was truly remarkable.

Our bond deepened as we worked together on various assignments and projects as part of our MBA program. In those shared endeavors, I witnessed Carlos's unwavering dedication, diligence, and determination to excel. He had a unique way of inspiring those around him to push their limits and strive for greatness. Carlos was more than a teammate; he was a mentor, a confidant, and a friend.

Beyond the confines of our academic pursuits, Carlos opened up about his family, his personal life, and his dreams. He shared stories of his loved ones and the deep connections he held with them. His willingness to share his experiences allowed our friendship to flourish, and I found in him not just a fellow student but a genuine soul who cared deeply about the people he held close to his heart.

The news of Carlos's untimely passing was nothing short of devastating. It sent shockwaves through our MBA program and cast a profound shadow over my experience in this academic journey. Losing a dear friend and a source of support, especially in a foreign land, has been an immense challenge to overcome. Carlos's absence leaves a void that cannot be filled, and his memory continues to be a source of inspiration to all who knew him.

Your Honor, I humbly implore you to consider the gravity of this case. The defendant's actions not only robbed us of a beloved friend but also shattered the dreams and aspirations of a remarkable individual who had a bright future ahead. Carlos Enrique's legacy lives on in the hearts of those who were fortunate to cross his path, and it is our collective hope that justice will be served on his behalf.

I trust in your wisdom and commitment to upholding justice in the District of Columbia. Your dedication to the cause of justice provides solace to those who grieve and serves as a beacon of hope that Carlos's memory will be honored through a just resolution of this case.

Thank you, Judge Okum, for taking the time to read this letter and for considering the profound

impact that this case has had on our lives. Your role in seeking justice is paramount, and we place our faith in your discernment and the judicial process.

Roli Rai

[roli.rai@gwu.edu](mailto:roli.rai@gwu.edu)

667-345-3946

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C.  20001

Re: United States v. Reginald R. Johnson
Case No. 2023-CF1-001620
Sentencing scheduled for October 13, 2023

Honorable Robert D. Okun,

My name is Bill Rodriguez Rey, cousin to Noelia Rey, mother of the late Carlos Christian Rey. His sudden and tragic death has forever changed many of our lives. This is a permanent irreversible damage that the family will have to endure forever.

Noelia Rey and Jesus Christian, Carlos's parents, raised a loving, caring, responsible, and law abiding son, only to lose him to the actions of an irresponsible, selfish person, who disregarded the law or even the hurt he could cause.

Carlos Christian Rey moved to Washington D.C. to pursue a masters degree in Finance and International Business. He had high goals and dreams. These were shattered the night of January 15, 2023, when Reginald R. Johnson decided to drive while intoxicated, ending Carlos's life and injuring Camila Selman, his girlfriend.

While Carlos Christian Rey was being a responsible and  productive member of society, Reginald R. Johnson was defiantly breaking the law, without regards to the consequences.

I am petitioning that Reginald R. Johnson pay the price of his recklessness by being sentenced to the maximum prison time permissible by law.I hope  justice will be served and a clear message will be sent to the irresponsible individuals who choose to engage in the same actions as this individual.

Respectfully,

Bill Rodriguez Rey

September 6, 2023

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia 500 Indiana Ave., NW
Washington, DC 20001

RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620 Scheduled for October 13, 2023

My name is Armando Rey, cousin to Noelia Rey, mother of Carlos Christian Rey who was killed in a car crash caused by a drunk driver named Reginald R. Johnson.

Carlos, who was taught by his parents Jesus Christian and Noelia Rey to be responsible, hard working and loving, had a bright future until this tragedy.

His parents, two brothers, uncles and aunts are an exceptional family whose love and laughter have touched everyone they have been around. They are truly a special family and this has had a terrible effect on them. Life will never be complete for them again because of the act of Reginald R. Johnson. I am asking the court to give the maximum sentence to Mr. Johnson for the damage he has caused by his irresponsible act.

Respectfully,

Armando Rey

Hon. Robert D Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Avenue NW
Washington DC 20001

RE: United States vs Reginald R Johnson case#2023-CFI-001620

Honorable Okun,

I am writing to you today asking you to take into consideration the damage and pain caused by Reginald Johnson when he so selfishly and carelessly chose to drink and drive and took the life of my cousin, Carlos Christian Rey, on January 15, 2023.  Carlos was needlessly taken out in the prime of his life.  He was not sick on that day.  He was not being careless. He was living his life and enjoying every moment. He had a girlfriend that he planned on marrying.  He was studying, pursuing his Masters degree. He was preparing for his future, a future that no longer exists. There is nothing that will ever erase that pain from our family. I am asking you to imagine Carlos as your son and sentence Mr. Johnson to the sentence that you believe your son would deserve as a little bit of justice for his life being taking away from him.

Thank you for your consideration.

Sincerely,
Frances J Rey

The Honorable Robert D. Okun
Superior Court of the District of Columbia
500 Indiana Ave, NW
Washington D.C. 20001
In re: United States v. Reginald R. Johnson, Case no. 2023-CFI-001620
October 13, 2023, Sentencing Hearing


Hon. Okun,
My name is Georgina Rey and my cousin Carlos Christian Rey was killed on January
13th, 2023  at the hands of a
drunk driver. The drunk driver's name is Reginald R. Johnson and his sentencing
hearing is scheduled for October 13, 2023.

When I was told of the news of Carlos' passing I was heartbroken. Consumed with
sadness because I have a son the same age as Carlos. Twenty fours year old. Just
beginning their lives at that age. Truthfully I don't know how I would have the strength to
go on if I too lost my son to that kind of senseless tragedy. A tragedy that could've of
been avoided if only not for the selfishness of one person. He made the irresponsible
decision to get behind the wheel while intoxicated.
I don't know if as a family we will ever be the same but for this reason we ask that you
consider the impact that your sentencing could make on our family to try and begin to
heal from this loss. I ask you, your honor, to please consider sentencing Mr. Reginald R.
Johnson the maximum sentence under the law.


Sincerely,


Georgina M. Rey

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001
RE: In re:  United States v. Reginald R. Johnson, Case No. 2023-CFI-001620. Sentencing Scheduled
for October 13, 2023


Dear Hon. Robert D.Okun,

My name is Joseph Rey from Philadelphia. My cousin Carlos Christian Rey's life was suddenly taken at
the age of 24. This incredibly kind and amazing young man was studying for his masters and has always
done the right things in life.
I respectfully request the maximum sentence of Reginald Johnson who irresponsibly was drinking and
driving and took Carlos's life. We are a very close family and the loss of Carlos has caused pain that will
never be cured. Please send a message that the decision to drink and drive which has caused this
irreversible pain has consequences. I pray that you send that message strongly and swiftly and give
Carlos's family some form of condolence.

Sincerely ,

Joseph Rey
RE/MAX Millennium
Associate Broker/Partner
GPAR Past President
PAR Board of Director
Cell 215-681-8093
Joe@josephrey.com
WWW.JOSEPHREY.COM

Hon. Robert D. Okun
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington, D.C. 20001

In re: United States v. Reginald R. Johnson, Case No. 2023-CFI-001620. Sentencing
scheduled for October 13,2023

Hon. Judge Okun,

My name is Richard Rey, and I am writing to you today to ask for the maximum jail
sentence possible for Reginald R. Johnson. On January 15,2023, Reginald R. Johnson
was driving under the influence of alcohol when he crashed into my young cousin,
Carlos Christian Rey. Carlos was killed instantly.

Reginald R. Johnson's actions were reckless and irresponsible. He chose to drink and
drive, knowing full well the risks involved. He put the lives of everyone on the road in
danger, and he ultimately took the life of an innocent young man.

Carlos was only 24 years old when he was killed. He was an intelligent, happy, loving,
law abiding and hard-working man who had his whole life ahead of him. At the time of
his death, Carlos was a graduate student studying Finance and International Business
in Washington D.C. and planned on marrying his girlfriend in the near future. This future
was taken away from him by the thoughtless actions of Reginald R. Johnson. Carlos'
death has devastated our family and our community.

We are asking for the maximum jail sentence possible for Reginald R. Johnson. We
believe that this is the only way to ensure that he never drinks and drives again, and
that he never takes the life of another innocent person.

We also believe that this is the only way to bring justice for Carlos. His death was a
tragedy, and we deserve to see justice served.

Thank you for your time and consideration.

Respectfully,

Richard Rey

August 20, 2023

Hon. Robert D. Okun

Associate Judge

Superior Court of the District of Columbia

500 Indiana Ave., NW

Washington D.C. 20001

RE: In re:   United States v. Reginald R. Johnson, Case No. 2023-CFI-001620. Sentencing Scheduled for October 13, 2023

Hon Okun, I am, Gloria Rey, the aunt of Carlos Christian Rey, that died on January 15, 2023, because of an accident caused by a drunk person, Reginald R. Johnson, that decided to drive under the alcohol influence and kill my nephew, Carlos.

The early morning of January 16, 2023, I received a phone call from my sister, Noelia Rey, a call that no one wants to receive, where she advised screaming and crying that her son, Carlos died!!  We both were screaming and crying by phone and praying to God to help us with the deepest suffering and pain a human being can face because the loss our beloved, Carlos!!

We as a family are dead end hole which we want to get out, but we can't because our suffering this crime caused us. We are a very close family, full of love and used to go on vacation to enjoy ourselves together as a family (enclosed photo) and no longer we can't do that because the emptiness and sadness we have at our souls because Carlos's loss.

Carlos Christian Rey, a 24-year-old young person, full of life, happy and beloved person among the family and friends.  Carlos was studying at Washington DC his Master on Finance and International Business with the highest grades at his class and with a lot of life plans, including to marry with his girlfriend, Camila Selman and those plans ended by Mr. Johnson.

I ask this court to consider the magnitude and impact of this crime will experience on our family for a lifetime.  I would ask your Honor to consider sentencing Mr. Johnson to the maximum sentence under the law as any time is nothing compared to our suffering of Carlos lost!!

Gloria Rey Rodriguez

Family Vacations April 2021

Carlos Parents and Girlfriend, Grandmother, Aunts, Uncles, Siblings and Cousins



Our beloved and missed, Carlos Christian Rey!!

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001

Subject: Request for Maximum Penalty in Case No. 2023-CF1-001620

Dear. Hon. Judge Okun:

My name is Iraida Rey. I am Noelia Rey's sister and Carlos Christian Rey's aunt. I am 64 years old,  worked at FedEx for 23 years, and now I'm retired.

I dedicated all the time I could to helping my sister Noelia. She had an optic store in Hato Rey, Puerto Rico. Sometimes Noelia had patients and needed help with her sons Jesús, Carlos and Jean. I spent the most precious moments in my life around them. They are for me like my own kids, the ones I never was able to have.  I am a proud aunt that saw them grow up and become good, honest, Christian young men with strong values.  Carlos Enrique was the one that always kept the peace with the brothers and everyone he knew.   He was always looking forward to family vacations. Not only with his parents and siblings but with the entire family.

 Carlos' enthusiasm, energy and love was spread everywhere he went. In the Carol Morgan School that he attended from kinder to graduating senior, Carlos was always the team leader. He participated in soccer, robotics, music choir and many other group and academic activities; standing out in each of them.   After graduating from Syracuse University, Carlos was in his first semester of obtaining his MBA from  George Washington University when his life was cut short by Reginald R. Johnson; an irresponsible person that made the choice of driving under the influence of the alcohol. During his first semester at George Washington University, Carlos touched hundreds of students with his personality, his care for everybody, and helping anyone in need to pass their courses with no distinction of nationality, race or religion.

For me; I can tell you, Your Honor that this has been the most horrible experience in my life. I not only lost my nephew. I also lost my son. For the first time in my life I need to see a psychiatrist and undergo psychotherapist treatment. The loss of Carlos has had a devastating effect on my sister Noelia, Christian, Jesús, Jean, me and the entire family. Maybe more so than other families in the same situation, because we are an extremely close family. We love each other dearly.

While we cannot bring Carlos back, I implore you to give justice for him by giving to Reginald R. Johnson the maximum sentence. It was his choice to drive under the influence of the alcohol and cause the death of Carlos. He should pay for his actions and justice must be served.

I have faith in the justice system and in your commitment to justice. I humbly implore you to deliver justice for Carlos Christian Rey.

Sincerely:

*Iraida Rey Rodriguez*

Iraida Rey Rodriguez

Hon. Robert D. Okun
Associate Judge
Superior Court of District of Columbia


 August 2023


Dear Hon. Robert D Okun,

Life is precious and fragile at the same time and as I sit here to write, it's hard to
fathom how life was cut shot for this young man with such promise in life.  Carlos was
my cousin, and with much sorrow in my heart I have to say that he is not here with us
because of a reckless drunk driver. A crime such as this one creates wounds that may
never truly heal, some say time may heal all wounds, but it doesn't erase the scars.
His passing created a huge void in our family and great grief. As I go back to the
horrible days when the accident occurred it seemed like a nightmare, which never
had an end.
Seeing his parents in this whole process, it has been heart breaking. Imagine raising
a child with such care, being present, making sure your kid makes a difference,
teaching them how to be good people. Carlos understood it, he was truly a great guy
with profound understanding of life and proud parents. Then this tragedy happens, a
24-year-old young man with great promise in life. Our family can never be the same,
how could it be the same? Would yours be?

Carlos was a smart, kind and loving young man who brightened everyone's day with
his smile.  He had passion and contagious enthusiasm for everything he did, especially
for soccer, which he loved since he was little. He had a bright future ahead. Carlos
Enrique truly had everything in life, a great family, a loving caring girlfriend, the drive
to build a future for himself studying a masters in finance in Washington, let say he
was an exemplary young adult.  His life was cut short, the loss of this bright young
man in the society has been a great loss, because of a knowingly decision of driving
under the influence. I sincerely encourage a maximum penalty for someone who took
away the life of an outstanding young man with a bright future ahead. Let us lead the
way to safer more secure streets for those thriving to live by example.


Thank you for your time,

 Jessica Maria Rodríguez & Radames Burgos

Ricardo Rodríguez
330 Nancy Way
La Cañada, CA 91011
09/07/23

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001

RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620. Sentencing
Scheduled for October 13, 2023

Dear Judge Okun,

We are writing this victim impact statement on behalf of my beloved cousin, Carlos Enrique,
whose life was tragically taken away due to the irresponsible actions of Reginald R. Johnson.
Carlos was more than just a cousin; he was a cherished member of our family and an integral
part of our community. We want to express the profound impact of his loss on our lives and the
importance of a just and meaningful sentencing for the individual responsible.

Carlos brought light and kindness into our lives. His warm smile, kind heart, and unwavering
support brought everyone who knew him joy. He was a role model for all of us, particularly our
daughter, who cherished every moment she had with Carlos Enrique's kind soul. He had a
caring and supportive way of making people feel loved and valued, and his absence has left an
irreplaceable void in our hearts. This world would be better if we had more humans like Carlos.

His dreams, aspirations, and the bright future that awaited him were abruptly extinguished that
day. When thinking about the future, it is hard to think about one without him. We can not stop
imagining all the positive impact Carlos would have had on the people around him, the impact
we saw while he was with us. We all lost a gift– a gift intended to be shared with others.

The individual responsible for Carlos's death took a kind person from all of us. The person
responsible for his death demonstrated a reckless disregard for the safety of others by choosing
to drive under the influence of alcohol. He had a choice that impacted people for the rest of their
lives.

We understand that a plea agreement has been reached, but a lenient sentence would not
reflect the gravity of his actions, would fail to provide justice for our family, and would fail to
protect other civilians. We urge you to hear our letters to ensure he is held accountable for the
devastation he has brought upon our lives.

This tragedy has shattered our family and community, and we look to the court for closure and justice. We kindly request that you consider our heartfelt plea to honor Carlos's memory and protect others from the recklessness of individuals like Reginald R. Johnson.

Thank you for your time and consideration.

Sincerely,

Ricardo Rodríguez
Myrna Raquel Rivera
Gya Rodríguez

9 de septiembre de 2023

Hon. Robert D. Okun
Associate Judge
Superior Court of District of Columbia
500 Indiana Ane., NW
Washington D.C.

RE: In re: United States v. Reginald R. Johnson
        Case No. 2023-CF1-001620
        Sentencing Scheduled for October 13, 2023

Al Honorable Juez Okun:

Respetuosamente me dirijo a usted con motivo de la próxima imposición de sentencia a Reginald
R. Johnson, declarado culpable en el caso de referencia que está ante su consideración. Somos
parte de la familia de la víctima fatal de este crimen, Carlos Enrique Christian Rey.

Carlos, era un ciudadano estadounidense por nacimiento, con un futuro prometedor que le fue
arrebatado a él y su familia por el imputado que se declaró culpable, mediante un acto de total
menosprecio por la seguridad pública al conducir bajo la influencia del alcohol. Carlos, un
ciudadano ejemplar, destacado en sus proyectos, tanto profesionalmente como en actividades
comunitarias. A pesar de su edad, promovió el deporte como medio de desarrollo
socioeconómico y de inclusión a nivel internacional. Como miembro activo de su comunidad, se
destacó en su vida universitaria y fue reconocido y honrado por la facultad y los estudiantes de
George Washington University, District of Columbia, donde cursaba estudios de postgrado.
Defendió con firmeza sus principios y fue un símbolo de paz y unidad para su familia y amigos.
En lo personal cuenta, con unos padres, hermanos, novia, familia extendida y amigos que se
convirtieron en familia, quienes los amamos y pudimos haber disfrutado de su presencia en
nuestras vidas. Definitivamente, su pérdida ha dejado una profunda herida en nuestra familia y
en la comunidad. Este un joven lleno de vida merecía una larga vida. Sin duda, fue y seguirá
siendo un miembro de la familia inigualable.

Aunque usted tuvo la oportunidad de escuchar lo valioso que es Carlos como persona y
ciudadano, ya que le fue presentado mediante la alocución de su padre y su hermano en la vista
de causa probable. Me dirijo a usted para solicitar que se haga justicia imponiendo la pena más
severa al culpable de su muerte.

Entendemos que los tribunales tienen una sobre carga de casos y que en ocasiones se acepta una
declaración de culpabilidad como una decisión de economía procesal promovida por el sistema
de judicial. Sin embargo, conocemos que la ley de Washington, D.C., establece que los familiares
de las víctimas tienen derecho a expresar sus opiniones durante el proceso judicial,

especialmente en lo que respecta a la libertad condicional, los acuerdos de culpabilidad, la sentencia final, entre otros.

Este caso es particular y distinto, ya que el acusado se declaró culpable de un delito menor en comparación con el cargo original con el fin de obtener una sentencia reducida. Sin embargo, es importante destacar que se trata de un delincuente reincidente con incidentes previos relacionados con conducir bajo los efectos del alcohol y violaciones repetidas de las leyes de tránsito. Esto nos lleva a concluir que la muerte de Carlos pudo haberse evitado si los tribunales anteriores hubieran impuesto penas más severas como disuasión efectiva contra la conducta antisocial de Reginald R. Johnson. Mientras este individuo permanezca en libertad, representa un riesgo para la vida y la propiedad su comunidad.

La reincidencia en conductas delictivas debe ser castigada con la máxima pena disponible según la ley, dada la conducta antisocial demostrada por el acusado. Dada su declaración de culpabilidad, el tribunal tiene la discreción de imponer la pena máxima, en este caso, 12 años de prisión. La imposición de la pena máxima enviará un mensaje claro de que conducir bajo la influencia del alcohol y en exceso de velocidad es un delito que tiene graves consecuencias. Las leyes existen para ser respetadas y acatadas, y es responsabilidad de quienes administran la justicia asegurarse de que se apliquen adecuadamente, más aún, a quienes repetidamente violan la ley, poniendo en peligro la seguridad pública.

Reconocemos que el resultado de este proceso judicial no devolverá a Carlos a la vida, pero lo mínimo que podemos hacer para honrar su memoria y legado es buscar justicia real para él y para nuestra familia. Por lo que, encarecidamente le solicitamos que, imponga la pena máxima a Reginald R. Johnson, culpable de la muerte de Carlos Enrique Christian Rey.

Respetuosamente,

*f/ Ivelisse Rodríguez Román, Esq.*
*f/ Ashley G. Deliz Aponte*

**De:** carolina coy <carolinacoytroncoso@yahoo.com>
**Fecha:** 11 de septiembre de 2023, 12:27:28 p. m. GMT-4
**Para:** NOELIA.NOELI@yahoo.com, jchristian@bessacaribe.com
**Asunto: Carta**


Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia 500 Indiana Ave., NW
Washington D.C. 20001


RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620. Sentencing Scheduled for October 13, 2023

Honorable Judge,


We write to you with deep sadness to tell you a little about who Carlos E. Christian Rey was, a boy had just started to live his life, to fulfill himself as a person and as a professional, and whose life was tragically cut short.

We have known Carlos and his family for 10 years. Carlos was an exceptional young man, responsible and committed, as well an exemplary son and an excellent friend. Carlos was one of those human beings who left a mark on those of us who surrounded him, especially young people.

Carlos' relationship with his parents and siblings was based on respect and, above all, unconditional love. Carlos was an inspiring role model for many young people (as we said before) within his community here in the Dominican Republic and at his school.

His early departure caused such an impact that the school where he studied (Carol Morgan School), and where our children currently study, paid a heartfelt and beautiful tribute to the wonderful and unabridged being he was, because he deserved no less.

His bright future and hopes to contribute to his community were unfairly cut short. While nothing can bring him back, we continue to have hope that justice will bring his family and loved ones some peace knowing that justice was dutifully served to the fullest extent possible.

Sincerely,

Carlos and Carolina Romero

September 10, 2023

Hon. Robert D. Okun

Associate Judge

Superior Court of the District of Columbia

500 Indiana Ave., NW

Washington D.C. 20001

RE: In re:   United States v. Reginald R. Johnson, Case No. 2023-CFI-001620. Sentencing Scheduled for October 13, 2023

Hon Okun, I am, Ines Rosado and had been part of Rey family for 45 years as the mother-in-law of Carlos Christian Rey aunt, Gloria Rey.

I decided to send this Victim Impact Statement because the loss of Carlos, which was a responsible, admirable and full of integrity Puerto Rican (United States Citizen) young adult. We lost our beloved Carlos because of an accident caused by a drunk person, Reginald R. Johnson.

Justice should prevail in this case, sentencing Mr. Johnson to the maximum sentence under the law as any time is nothing compared to our suffering of Carlos' loss.

Ines Rosado

Santo Domingo, august 21, 2023

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001

Your Honor,

With great respect, I´m writing you because I want you to know how deeply sad I feel about losing our "Son" Carlos Christian.

I knew him since he was a child, very well since he studied with my daughter since kindergarten, ultimately our families became very nearest.

Our families not only shared school activities, but we enjoined together vacations, parties, trips, and all that a big family does.

Because of this very nearest friendship of our families, my daughter, and Carlos Christian became siblings, and consequently, Carlos Christian became our son.

I saw him grow up and become a very good human being, with the capacity to understand when someone was in need of him, and not only this but with the willingness to do anything in his power to help.

A happy, loving, sharing, and smiling son is how I will remember him.
The hole he leaves in our lives is immense, the loss is irreparable.

Respectfully,

Carlos Sabogal.
Cel. +1 829 649-9703

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C 20001

RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CFI-001620. Sentencing
Scheduled for October 13, 2023

Dear Your Honor,

I would like to take this time, or better yet, these words to tell Carlos how life has been
without him. With the intent of showing you the person he was, the impact he had and the
immense loss we've all been dealing with since January 15th.

Carli, my cousin and my confidant, the moment I heard of your passing my mind and my
heart wouldn't believe that I was no longer going to see you, in fact I don't think they've
understood this yet.
My mom was sleeping, and I couldn't bring myself to tell her that her dear nephew, the one
that would always look at her with a smile, was no longer with us. But I did, I told her and
saw her break into pieces.
Our hearts and pain immediately led us to think what this meant to titi Noe (mom), tio Jesus
(dad), Jean and Jesus (siblings), Abita (grandmother), Tata, Gloria and Pipo (aunts and
uncle), Cami (girlfriend) and well if I go on, I probably fill this entire letter with names.

The day we got to say goodbye in mass, you would have been in awe of everyone that
showed up. Carli, you touched more than 200 people's lives just by being you. It was a
bittersweet moment since it was a forever farewell but at the same time each one of us
where grateful that we had the privilege of meeting you. Before dedicating some words to
you on that day, I reached out to almost everyone you knew and would like to repeat some
of what they shared with me.
'We want to thank you because:
We were able to grow together, to learn, to play the best soccer matches, to laugh but also
cry, to drive our parents crazy, to surpass our biggest fears, we were able to see you find the
love of our life and learn what is like to love someone unconditionally, we were able to
know what a sincere and pure friendship is.
Even though you were not aware, for many of us you were our guide. You would lead us
with your actions, with your character and especially with the way you faced your
challenges, always with a smile and without any complaint...'

This 8 months with your absence have forcefully made me, and I dare to say all of us, reflect
and adapt. Reflect on our actions, words and relationships and adapt to no longer calling
you, texting you, and seeing you.
I visited you with Cami not long ago and tried my best to stay strong since I know what you
mean to her but the pain of having to sit with her and look at your tombstone made it
impossible, for sure I haven't nailed the adapting part.

I promise you that I will do my best to accompany your family and Cami in what comes next and trust me when I say that just thinking of you is hard enough.

With all my love,
Manuela Sabogal

Mexico City, Mexico August 22, 2023

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001

RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620. Sentencing
Scheduled for October 13, 2023

Dear Honorable Okun,

This is the most difficult letter that I have ever written. I am writing to you on behalf of my
family, and how the terrible death of Carlos Christian by an irresponsible drunk driver, has
affected our lives and specially my son Daniel who was his friend in the Dominican Republic
since they were 6 years old. They were so close that they both went to Syracuse University (SU)
where they were roommates for 4 years. They both played in the same soccer teams during
their high school years.

Every time I think of Carlos, I must force myself to focus on the image of the happiness of this
teenager that sored a last-minute winning goal to win a high school soccer tournament.

Our life has not been the same since this horrible incident, our two sons live in another country,
Daniel just starting his professional life and Javier still in college in Boston, MA. We are now
having, specially at night, this terrible feeling that something like this could happen to them.
You believe that they are young in a college environment and safe. Since then, my wife and I
are constantly in contact with our two sons making sure that they are fine.

I just could not bear what happened to Jesus and Noelia, it is extremely hard to understand
how the life of a happy, bright and full of life young person can be taken this way.

Sincerely,

Daniel H. Saenz

Costa Rica Passport 1-6000-595

**Hon. Robert D. Okun**
**Associate Judge**
**Superior Court of the District of Columbia**
**500 Indiana Ave., NW**
**Washington D.C. 20001**

**RE:** *In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620. Sentencing Scheduled for October 13, 2023*

### Carlos Enrique Christian Rey

Today, it feels surreal to have to take myself back to January 15th and once again relive the emotions of such a catastrophic event. It's now approximately 8 months since the death of one of the best human beings I've ever met, and every day it becomes harder to fathom the idea that I'll never see Carlos again. Since I was a little kid, my family and I had a very strong bond with the Christian Rey family. We were both immigrant families in the Dominican Republic. My affection towards Carlos and his family was so strong that I remember thinking he was my cousin up until I was around 7 years old. I recall crying when my mom explained to me it was not actually the case. From around 2003 to 2014, which was when my family and I left the Dominican Republic, we saw each other almost every day. Once we left D.R. our connection was still very strong, but it was made even stronger when in 2016 my brother left for Syracuse University with Carlos as his dorm roommate (Carlos' younger brother Jean also attended Syracuse during a similar time frame). This continued friendship Carlos had with my brother meant both families have always remained very close.

Now that I've delineated my relationship with Carlos, I would like to speak more about him as a person and the impact he had on my life. The reason I saw him as family was because he always treated me like a little brother; for as long as I can remember Carlos was always a humble and positive individual looking to put a smile on as many people as he could. Since we went to the same school, I used to always see him walking around and he would always do something to cheer me up.

One specific memory I always think about when I look back at the times we spent together, is one that happened during a trip to the beach. Playing around close to the shore, he and I started to drift further and further away from the beach and towards the open sea. In the blink of an eye, we were both quite the distance away from the shore. The tide kept pushing us, and my 10-year-old body couldn't take it anymore. It was at this point that Carlos aided my struggle using a mixture of inspiration and meticulous instructions. By directing me when to push and holding me so I would stay afloat, we were both able to swim back to shore. For some this story might seem normal, but it is one that to me not only shows the incredible person Carlos was, who in the deepest of troubles never forgot to take care of me, but it also taught me crucial lessons on how to treat and protect the people you love. We spent more than 15 years together, I could write many more paragraphs detailing every special moment I had with him, but that

one, in particular, is truly special to me. As time flies, we all slowly forget about specific memories, and it's the lessons and impacts people leave on us that remain timeless.

All in all, I write this letter today hoping to protect this case from an inadequate sentence, the same way he protected me in the past. I would like to believe that the person responsible for his death will succumb to the punishments his actions deserve. A person who repeatedly commits the same crime is bound to commit it again unless he is punished and forced to rethink the way he approaches life. This man not only committed murder but theft as well, stealing a beautiful human from everybody who loved him. To reduce his sentence just because he declared himself guilty of a charge that was clearly his fault, is disrespectful to the establishment and the notion of a fair trial. How is there no malice in repeating the same crime you've been charged for in the past? After how many instances of DUI can we still declare there is no intent to kill or cause damage? These are questions I urge the judge to consider before taking a final decision.

Sincerely,

X *JAVIER SAENZ*

Javier Saenz

<u>Victim Impact Statement</u> - Jahaan Saini

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001
RE:United States v. Reginald R. Johnson, Case No. 2023-CF1-001620.
Sentencing Scheduled for October 13, 2023

Carlos to me was a constant that was present during every transitional phase of my life. He was a source of light and my beacon of morality. I wouldn't just call him my best friend, he was my brother but he was also my role model. And no matter how far I was from him, he was always by my side at each and every stage of life. He made sure to always stay true to his core values and morals and has shaped the person I am proud to be today. Carlos would always hold me accountable and was never afraid to have difficult conversations because he was able to articulate his feelings with respect, love and above all, authenticity. He was a bottomless well of joy and was always there to cheer me up in the most difficult situations and would help me see the light at the end of the tunnel even when I didn't think I could. Carlos checked in with his loved ones and never allowed for time or distance to get in the way of friendship. Carlos was not just a shoulder for me to cry on but a hand that would pick me up when I was at my lowest points. His caring, patient, supportive and sincere nature made him one of a kind because there can never be anyone like him. I never got to tell Carlos that he was my role model because of how much he taught me about myself - he taught me to honor my individuality and to always side with my values even if the path comes with hurdles. Through Carlos, I learnt how to give people a chance to grow, learn and evolve.  I learnt the true meaning of friendship, how to cherish people not only in their presence but also absence, how to create a safe space to make someone feel comfortable, safe and their true authentic self, how to love someone unconditionally without expecting nothing in return from the core of your heart.

I distinctly remember my last phone call with Carlos - he told me about his life in DC, his plans for the upcoming summer, the program he was in and the friends he had made, his evolving and beautiful relationship with his partner, all while I shared with him about my move to Los Angeles, talked to him about the changes I was going through in life, my new discovered hobbies and lastly, asking him to visit me. It is unfair that the life that Carlos was building and working so hard towards was snatched away from him. It is unfair to him, to the people who he loved, to the people who loved him and the people who he was yet to make an impact on.

When I heard about the accident that took place on Jan 15, I went into a state of shock. I distinctly remember being woken up by a phone call. At that moment, I could not comprehend the situation at any capacity. I remember feeling helpless, scared and in pure disbelief because I only heard bits of information, none of which I wanted to believe. There were so many thoughts I had yet to convey to him and I could simply not swallow the fact that they would all go unsaid. I was stuck in a state of crisis for a long time and I cannot say I have even fully recovered. I do not think anything can ever fill the hole in my heart that I feel after having lost Carlos. The unexpected loss of my best friend has caused me to experience heightened levels of anxiety and unimaginable pain. As someone who recently moved away from home, I was forced to face all my trauma and grief alone, isolated from all my loved ones. My circumstances and isolation did not help me to fully deal with my loss in a healthy manner. Since January, I have still not been able to drive due to feelings of fear when in the driver's seat. Carlos is the 3rd person snatched away from me in the past few years in an accident that was caused by a party driving under the influence. I feel lonelier in a world without him. As someone who looked up to Carlos, sought support from him, confided in him, relied on him for difficult times, learned from him how to be centered, I feel crushed and devastated to be in a world without him. Going back to the Dominican Republic for Carlos' funeral is a pivotal moment that I latch onto that helps me move on to a better place because I could see the profound impact he had on his community which only reassured me to live by the values and morals that he would be proud of. Carlos' case gaining justice is an extremely crucial part of the healing journey of many, including my own.

Jahaan Saini

Natalie Sanchez
510 21st St NW
Washington, D.C., 20006
9/13/2023

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia 500 Indiana Ave., NW
Washington D.C. 20001

RE: Case No. 2023-CF1-001620

Dear Judge, Okun,

Depending on one's belief system, it is truly astonishing how the world often takes good people who
bear no fault but instead contribute positively to it. One might ask themselves, why does this happen?
The answer that brings me solace is that such individuals are so inherently good that they are destined
for something greater, perhaps to watch over their loved ones and perpetually safeguard them from
harm.

I really wish more people had the privilege of having met Carlos to fully comprehend the profound
impact he had on people's lives. Although our MBA class spent only a semester with him, we were
perplexed by his kindness and hard work. He was the type of person who would go above and beyond to
help those around him achieve their goals, without any hesitation.

My plea to you, Your Honor, is to approach this case with utmost care and consideration. Carlos's life was
tragically and unjustly taken from us, leaving a profound void in our lives. Your decision holds the power
to provide solace to many and enable us to continue fighting through life even in his absence.

Thank you for taking the time to read over these letters that you have received.


Sincerely,
Natalie Sanchez

August 20, 2023

Hon. Robert D. Okun
Associate Judge Superior Court of the District of Columbia
500 Indiana Ave. NW
Washington DC, 20001

Re: USA v Reginald R. Johnson
Case No. 2023-CF1-001620
Sentencing Scheduled: 10/13/2023

Dear Honorable Judge Okun,

My name is Hector L. Santiago Nieves and I write on behalf of Mrs. Noelia Rey and Mr. Jesus
Christian, parents of Carlos Enrique (RIP), whom I have known personally for more than 40 years
and can attest to the quality of people, professionalism, and the excellent family they have formed
and developed with much effort and work.

By this means I want to express that as a responsible citizen and as a friend of Noelia and
Christian I want to join and be part of their just claim for justice and based on the facts I would
fail in my responsibility not to denounce the irresponsible and negligent acts of Mr. Johnson, that
caused the unexpected and unfortunate loss of Carlos Enrique Christian Rey.

But not only the damage and pain caused to the Christian-Rey family by not having Carlos Enrique
any more, but the emotional and traumatic event that will change their lives forever as well as to
their relatives and friends but it also deprived Carlos Enrique of a bright future and the many many
productive years that he still had to be able to develop his financially and professional life, create a
family, contribute and be part of the leaders of the future of our country.

Based on the above, we respectfully plea that the maximum penalty that applies be applied, which,
although we know it will not bring Carlos Enrique back, it definitively prevents individuals like this
from continuing in the free community, causing harm and pain to families that follows the law and
strive every day to raise their family as people of good and benefit to the system and the society.

We are sure that your decision will be a fair and forceful, as well as a clear and direct message to
this group of people so that they understand that no one is above the law and that they will respond
for their irresponsibility, negligence and for the damages and consequences they may cause.

We only ask for Justice.

Sincerely,

Hector Santiago Nieves

Being told that a friend has passed is a horrible feeling. Learning that it was the result of not an accident, but the reckless actions of another individual, an action so horrible that words cannot even describe, is something I'll never forget.

I called my mother first. "Mom… I have some… news," I told her. "Carlos Christian, he's… he's dead." My voice was breaking. I started to sob in the middle of a busy street. I couldn't believe it. Someone so kind, friendly, so undeserving of such an injustice, gone so suddenly.

I cried that night, as I'm sure did hundreds of others whose lives were affected by Carlos's passing. Carlos was such a kind human being, humble and thoughtful. In fact, when I think of him, I see him smiling. That's the image in my head. He had a wonderful smile. And so it is not an exaggeration to say that hundreds of lives were touched by him.

We played soccer together through the majority of school. He was an incredibly gifted player and captain. I deeply admired him as an athlete, and felt inspired by his talent. Ironic that I should be writing this from Germany, considering that when I did an exchange year here in 2012, I excitedly watched him play in the Dominican Republic's most important collegiate soccer tournament via livestream. I was sad I couldn't be there with him, but experienced the match through him. I'll never forget 14 year old me jumping up and down in my living room as he scored an incredible free kick from beyond the halfway line. That talent he had on the field, that capability of impacting others, translated to his life outside of it. My memory is filled with cherished moments like those, in which he had a positive effect on my life. And now he's gone, because someone made a mistake we're all taught not to make. In fact, I wouldn't call it a mistake, but a rotten sin. A sin so easy to avoid it fills me with deep conflict and sadness.

It was extremely difficult to attend the funeral via an online call, seeing all those touched by him suffering together. I was again attending a live stream in my living room in Germany for Carlos, except this time I was sobbing. How could one not, seeing his mother, father, and brothers weeping harder than I was, as so many friends and familiar faces gave their condolences? I was broken. I simply could not even fathom their pain, considering the gravity of my own. My mother was at the funeral, and had to leave due to being emotionally overwhelmed.

I still think about him frequently. It's always the same, no matter where I am - first I remember that he's gone, and feel a pang in my chest from how surreal it is; then a great sadness washes over me, coupled with hopelessness stemming from the fact that his death was not an accident but a reckless murder. I therefore ask your Honor to consider justice, and hand Johnson the maximum possible sentence for this heinous crime.

Gabriel Surges

# *From the desk of Irene Torres*

August 21, 2023

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave. NW
Washington D.C.  20001

RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620. Sentencing scheduled for October 13, 2023.

Dear Judge, Okun:

My name is Irene Torres, and I am writing to you as a close friend of the Christian-Rey family and their son Carlos Enrique Christian, an MBA student at George Washington University who was killed by a drunk driver identified as James Edward Jones, on January 15, 2023.  I am writing to ask you to maximum sentence to Mr. Jones for the crime he committed.

Carlos was like a son to me and to my husband Fernando. I have known him since he was a little kid and I watched him grow up into a wonderful young man around my family and my three kids. I took care of him so many times and I can assure you that Carlos was the most respectful and kind kid that you could ever imagine.  Carlos and my kids were raised together, we traveled together, my kids and he played sports together and they had the greatest times with him. Carlos and his brothers Jesus and Jean were raised rounded by love and high morality values. I had so grateful memories of Carlos playing with my kids and passing the greatest moments with his parents.

 Carlos in his young age had so much potential and so much to offer to the world. He was smart, kind, funny, and generous. He was building his professional dreams and career with his fiancé Camila. As a couple they had so many dreams of building a life and a family together.   He loved all kind of sports, he was building his professional career in this field, he was the most sweet and gentle young man I have ever met. He had some special spirit and sense of life and humor to make people happy and help others.  He was a gentleman and everybody that knew him loved him.

The death of Carlos has shattered our lives. Noelia and Jesus as well as Jesus Jr. and Jean, has lost their lovely son and brother, I can assure you that Carlos was their reason for living. This family have fallen into depression and despair. They can barely function or cope with their grief.  I am respectfully writing to you because I feel helpless and hopeless too. I miss Carlos every day and wish he was still here with us.

Mr. Jones took away Carlos' life in an act of reckless and irresponsible behavior that ran a red light at Massachusetts Avenue NW, with a blood alcohol level of 0.15%, almost twice the legal limit hitting the Uber that he took with his girlfriend Camila. While Carlos now is no longer with us, this irresponsible man, that is proved that he has another misbehavior conduct of drunk driving, he can keep taking away other's young people's lives as he did with Carlos.

I am not sure if this person has shown no remorse or regret for what he has done. But I can assure you that this type of behavior will be repeated one over again putting in high risk another lives.  This man has violated their bail conditions several times by drinking under the influences of alcohol.  Is a very dangerous person driving in the United States streets.

I respectfully request that you sentence Johnson Reginald Roland to the maximum penalty for his crime. I believe that this sentence will reflect the gravity and the consequences of his actions. I believe that this sentence will serve justice and deter future drunk driving. I believe that this sentence will honor the memory and the legacy of Carlos Christian and will help my friends Noelia and Jesús, as well as Jesús Jr. and Jean to move forward.
I understand that you have the final authority and discretion to decide on the sentence for this man. I ask you to consider my request and the impact of this crime on my best friends and me. I ask you to do what is right and fair.

Thank you for your time and attention. I hope that you will grant my request and sentence Mr. Jones to the maximum sentence for his crime.

Sincerely,

Irene Torres de Cantisano

The day I found out about Carlos' death was one of the worst days of my life. I remember seeing the message that said he was dead and reading it over and over again because I couldn't believe it, or rather I did not want to believe it. I remember my vision got blurry from the tears in my eyes as I kept reading it. I was in a state of shock for a few days. Every morning, one of the first thoughts in my mind was about his passing. I realize now that I was ruminating due to the emotional distress of having a friend pass away. Eventually, the sadness turned to resentment. This should not have happened. Carlos should not have passed away. It feels so unfair.

Prior to his funeral, I met up with my best friends for dinner. We shared memories we had with him and realized that we couldn't keep creating memories together. He won't be with us to celebrate our 10 year high school reunion. We won't be able to go to his wedding, and he won't be able to come to ours. Our children won't be able to be classmates.

I was devastated on the day of his funeral. As I was approaching the church, the funeral car was parking. I saw his brothers, Jesus and Jean, pick the casket up. I felt so much pain seeing this; I cried at the thought of my friend being dead. And I cried at the thought of his brothers having lost a brother. Having a brother myself, the thought of losing him, and especially at such a young age, is abysmal. Once the casket was placed near the altar, I remember that the casket remained closed. This was the first funeral where the casket remained closed and the thought of his body being so mangled that it couldn't be displayed made me horror-stricken. The crime that was committed against him was violent and reckless. This should not have happened, I thought again.

The church was filled with Carlos' family, his classmates, and friends, even his prior teachers. Once the service was over, we all lined up to give his family our condolences. I hugged Jesus and neither of us could get a word out. We gripped on to each other and we just wept.

Carlos' death was avoidable. Had Mr. Johnson followed the law and not driven while under the influence, we wouldn't have had to live through all of this hurt and pain and Carlos would still be here, with us. Therefore, I would like the judge to consider giving Mr. Johnson the maximum penalty under the law.

Hannia Valencia

Deepika Vallabhaneni,

2020 F St NW,

The Statesmen,

Washington D.C.-20006.


Hon.Robert D.Okun,

Associate Judge,

Superior Court of the District of Columbia,

500 Indiana Ave.,NW,

Washington D.C.-20001.

RE:In re: United States v. Reginald R. Johnson Case No.2023-CF1-001620


Respected Judge,,

I hope this letter finds you in good health and high spirits. I am writing to you as an international student from India, Deepika Vallabhaneni, and a classmate of the late Carlos Enrique Christian. It is with a heavy heart that I share my thoughts regarding the tragic loss of an extraordinary individual and my dear friend, Carlos.

During my initial semester pursuing an MBA, I encountered numerous challenges as I adjusted to a foreign country, new culture, rigorous coursework, and the daunting experience of living far away from my family and friends. It was amidst these trials that Carlos emerged as a ray of sunshine, helping me with my accounting coursework when I was left alone with no partner to complete my assignment. His kindness and selflessness stood as an inspiration to us all, transcending his own concerns to aid anyone in need.

Carlos was not merely a classmate; he embodied qualities that touched the lives of everyone he encountered. Despite his own busy schedule,, he readily extended a helping hand to me and others, often going above and beyond to provide assistance. His patience in answering my queries and the genuine joy he derived from aiding others were nothing short of remarkable.

It was a privilege to sit beside Carlos, a testament to his remarkable intellect and his dedication to academic excellence. Tragically, my anticipation for another semester by his side was abruptly shattered by the news of his untimely demise. Carlos was taken from us due to the reckless actions of an intoxicated driver, an act that robbed us of a promising life, filled with aspirations to bring pride to his family, his girlfriend, and everyone fortunate enough to know him.

Carlos's impact extended beyond the classroom. His interactions with professors were marked by respect and wisdom, contributing valuably whenever he spoke. He displayed humility, compassion, and an unparalleled emotional intelligence, qualities that are rare in someone as young as he was.

The void left by Carlos's absence is immeasurable. He represented the epitome of selflessness, and his presence illuminated the lives of countless individuals. I implore you, Your Honor, to consider the gravity of this loss and the injustice that has been inflicted upon Carlos's memory and all those who knew and loved him.

While I understand that no sentence can undo the tragedy that has occurred, I earnestly urge you to impose the maximum possible sentence upon the individual responsible for Carlos's death. By doing so, you would send a resounding message that such recklessness and disregard for human life will not be tolerated, and that Carlos's legacy will be honored by preventing such a tragedy from befalling another family or group of friends.

Thank you for taking the time to read this letter and for considering my heartfelt plea for justice. May Carlos's memory continue to inspire us all to foster kindness, empathy, and selflessness in our own lives.

Sincerely,

Deepika Vallabhaneni

It's very difficult to describe the impact on family and friends by the loss of the life of a young promising intelligent man, son, friend, and fiancé.

Carlos Enrique Cristian was all that and more. He was a son to his mother and father, a brother of his two brothers, a fiancé of his young future bride, a brilliant graduate student with a great future ahead and a wonderful friend of his school friends.

To us he was a handsome boy and son of our dear friends Noelia and Jesus.

The impact is devastating and forever. Nothing can heal it; the only way is to try to go on with your life, the new "life "filled with the emptiness of the loss of your child, brother, fiancé and friend and coworkers with a brilliant future.

We lost Carlos because of the tremendous irresponsibility of a drunk person who caused already harm before this last fatal accident but was free to drive a car intoxicated.

How can this happen?


Annette van Veldhoven


Message 8/23/2023

Dear Judge Okun,

My name is Paula Varona, and today, with a heavy heart, I attempt to express the profound impact of the loss of my dearest friend, Carlos, on my life and the lives of those I hold dear and who my world has grown dimmer without his radiant presence.

Carlos was the embodiment of sunshine. His infectious smile could brighten the darkest days, and it was a privilege to call him my best friend. He excelled in everything he did, yet his humility remained steadfast. He was an exceptional human being and an extraordinary friend. Carlos' smile wasn't the only infectious thing about him; his positivity, kindness, and warmth touched everyone around him.

We all have those friends we plan to have by our side forever, and for me, Camila was one of them, just as Carlos was. However, that "was" hits hard, as I can no longer plan long weekends where I watch Camila and Carlos hold hands while sitting in the back of their car. I can't laugh while he cringes at Camila and me singing Disney songs at the top of our lungs. His joyful shouts during soccer Sundays are silenced forever. I'll never witness my two best friends getting married. I won't get to see Carlos tear up as my gorgeous best friend walks down the aisle. I'll never get to hold a little Christian Selman baby.

My grief is not solitary, for I know I'm not the one missing him the most. Hearing my best friend's heart-wrenching cries, hugging his brothers as they struggle for breath, and watching the happiness drained from his parents' faces only reinforces that the damage inflicted on Carlos when he left us cannot compare to the pain the defendant is still causing on my loved ones to this day.

I understand that the defendant probably did not mean to do what he has done. But his actions have consequences, ones that I must live with forever. His actions have condemned me to forever live without a best friend, without an uncle to my children, without the love of Carlos. I implore you, that has the power to make a change to consider the immense impact of Carlos' loss on all who knew him.

Thank you for your time and reading this.


Paula Varona
Best friend to Camila and Carlos

From,

Juan Javier Velasco Gomez

Ensenada, Samborondon,

Guayas

Ecuador


Date: 09/27/2023


To,

Honorable Judge Robert D. Okun

Associate Judge,

Superior Court of the District of Columbia

500 Indiana Ave., NW

Washington D.C. 20001


RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620. Sentencing

Scheduled for October 13, 2023

Dear Judge Robert D. Okun,

I am writing this letter given the devastating passing of a close friend from college, Carlos Christian. Due to the irresponsible behavior of an individual driving under the influence of alcohol or drug, we lost an individual that was always at the service of the community. Making people around him comfortable and seen, Carlos won the heart of those around him. When I got stuck on my algebra homework, he was always available to help. Please consider giving the individual responsible from Carlos passing, Reginald R. Johnson, the appropriate sentence to someone threatening to take the best from our society due to his irresponsible behavior. It seem to me that the sentence offered by the prosecutor of 5 to 12 years does not set the appropriate precedent to stop the behavior displayed by the guilty, behavior that took an amazing person from us and the world. I appeal you to reconsider.

Thank You.

Yours sincerely,

Juan J. Velasco G.

**De:** nicole orozco <nicolevascon@hotmail.com>
**Fecha:** 19 de agosto de 2023, 7:38:02 p. m. GMT-4
**Para:** NOELIA.NOELI@yahoo.com
**Asunto: Carta.**

Hon. Robert D. Okun

Associate judge

Superior Court of the District of Columbia

500 Indiana Ave., Nw

Washington D.C.2001

Re: In re: United States V. Reginald R. Johnson, Case No. 2023-CF1-001620. Sentencing Scheduled for October 13, 2023

We have always liked the reflection of the Train of Life.

The life of each person is like a train on which many people board, many of them, when they get off, leave a permanent void, others go by so unnoticed that we don't even realize they vacated their seats.

Carlos Enrique, whom we had the pleasure of knowing for 11 years, was one of those people who left a permanent void in the lives of those who knew him. He was a young man that when he entered a room, you immediately notice his presence. He illuminated with his smile, with his always kind way of treating you, with his gentlemanliness and willingness to help those in need.

We always admired Carlos, and never told their parents, was his way of looking at his mom, of attending to her, of always being there for her when she needed him, whether she wanted it or not. The way he looked at her is how every mother dreamed her child would look at her or treat her; chivalrous, respectful, affectionate, joyful – that's how he was.

I believe that Carlos' journey had a meaningful significance, it was inspiring for many; we have a 16-year-old son and he always saw Carlos as his role model, both in the field of sports, as he was a great soccer player, always giving his best in every game played, and in the career that Carlos chose at the University.

What has happened with Carlos has made us reflect and think that when the time comes to disembark, our empty seat will leave beautiful memories for those who continue traveling on the Train of Life.

Happy journey.

Gustavo And Nicole Vergara

August 21,2023

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave, NW
Washington D.C. 20001

RE: In re: United States v. Reginald R. Johnson, Case No.2023-CF1-001620. Sentencing
Scheduled for October 13, 2023

Dear Judge, Okun:


My life changed from the day I found out the sad news about the death of my dear Carly by a
traffic accident caused negligently by an individual who was driving under the influence of
alcohol.

On January 15, 2023 I was working as usual(USPS). I received a call from my mother in law,
very unusual. When the news arrived. It was like someone had poured cold ice water through
your back. My first reaction was tiers in my eyes. Just to make a long story short I was present
at Carlos parents wedding. Is what we call family. Holidays, birthdays, vacations. My sons were
raised calling among themselves Primos(cousins). How are we going to miss him is not the right
question. Cause the answer will be forever and at every family gathering. Everytime we gather
Carlos will be the one who can't make it. Calling my wife and telling her the news was my
second reaction. I could barely talk. Still crying. After that I called both of my sons and gave
them the news. Still crying. Certainly was not a good day for me. That night I was remembering
that night at Carlos parents house when he asked who his Godfather was. The thing is that his
godfather was absent in his life. That night I told him I was going to be his godfather from that
night on. That is what Carlos was to me. I was his godfather in my heart.


We are not built to bury our sons. It should be the other way around. What the gentlemen who
took Carlos' life away should have done was what Carlos was doing. Which was taking an Uber
to get to where he was supposed to get. If a young person like Carlos was doing the right thing
and the adult made the wrong choice what's the message we want to send the world? Is it ok to
drive under the influence and doing the right thing is for losers? I would like to ask Judge Okun
to consider the maximum penalty for the gentlemen. He should pay for his crime in the same
balanced way we are going to miss Carlos. We lost Carlos forever.


Sincerely,


Hector X.Villanueva

Dear Associate Judge Okun,

Writing this letter is difficult. I want you to know that I have gone over and over this letter. Revisiting and reflecting on my grief and finding the best way to help you understand how important Carlos is to so many of us. Carlos and I were once great friends. He would often tutor me in Math after school while we waited to play sports in high school. He also always helped channel the best, most fierce and fearless soccer player in me. He was fearless on the soccer field, it was amazing to watch. He was the captain of his team and a leader in different ways. He was a gentle leader, and a gentle human, not a harmful bone in his body. Carlos will always be one of the most loved in our community. As a consequence of living far from home and taking for granted my loved ones, we hadn't kept in touch for about three years before his passing. It felt odd to feel so heartbroken by the loss of Carlos. But it makes sense now. He was just such an amazing person, and I had to revisit my love for him and the pain and grief that his death has brought to my life has been impactful.

Many nights I can't fall asleep. I just think of him, what his life could have been. I hate to even think of the unimaginable pain and grief his family and girlfriend are experiencing. I revisit our memories together growing up, and I cry a lot. Many days my thoughts feel like an overwhelming cycle of trying to understand his loss. I feel so much frustration towards the person who caused this tragedy. There is so much anger there. The reach and impact this incident has had around the world is immeasurable. Sometimes I am afraid to get in cars now. There is a man who has taken a life, and has done so as a result of his direct decisions to be reckless and selfish. This man stole the life of our dear Carlos, who was only 24 years old. In his short lifetime he had such an impact on those around him and now we will never get to see what else he could have done. The loss is immeasurable.

I used to believe everything happens for a reason. But after losing him, to say that would mean to justify the actions of the man who took Carlos away from us. This tragedy didn't just happen, this tragedy was consciously created when a man decided to drive his car under the influence. I urge you to step back and understand through our letters how many people loved Carlos. He was not just a special friend, but a special person.

Carlos was 24 years old. I am 25 years old. He *was*, and I *am*. And there is a man out there who is responsible for that. The most deserving, loving person I've known, and now the world is missing out on everything he could have been and could have accomplished because of this one man. We can't get him back here with us, but we can come together and ask for justice and accountability at its highest degree in his honor.

Sincerely,

Nara Winston

HONARABLE JUDGE OKUN,

I writing to you in regards to a case that you will soon be presiding over. My cousin, Carlos Christian Rey was tragically killed in a car crash by someone who was driving under the influence at the time of the incident. This case unfortunately symbolizes the continuing problem that is usually just a headline in a news story but in reality it hits the heart of any family just as it has hit us. This tragedy has taken the life of a promising young man in his prime because someone made the decision to drive their car even though they knew they shouldn't. This decision costed the life of my cousin Carlos and I ask you to remember that until the penalty for these acts are severe enough to make someone stop and weigh the consequences before they get into their car, other sons and daughters and families will pay

hit us. This tragedy has taken the life of a promising young man in his prime because someone made the decision to drive their car even though they knew they shouldn't. This decision costed the life of my cousin Carlos and I ask you to remember that until the penalty for these acts are severe enough to make someone stop and weigh the consequences before they get into their car, other sons and daughters and families will pay the price of a decision that they . had no say in. I ask you to make the right decision, to  sentence the driver Reginald R. Johnson to the maximum time and send the message that the innocent will be protected and defended.


Respectfully,

Fausto Rey

Hon. Robert D Okun, Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington, DC 20001

RE: In re: United States v Reginald R Johnson, Case No. 2023-
CFI-001620. Sentencing Scheduled for October 13, 2023

Dear Hon Okun,
I am Manuel Rey 2ⁿ Cousin of Carlos Christian Rey, who was
killed on 01/15/2023 by a drunk driver, Reginald R. Johnson. I
can not describe the extreme sadness this has caused myself and
my family, including my Parents who are 93 and 87 years old.
My father Manuel Sr. cried when he heard the news and said
why couldn't it had been him instead.
I had spent some time with Carlos and his fiancé just a month
before he passed. His whole family had stopped by to visit my
Parents here in Port St Lucie, Florida just before they went to
Disney World. This was their yearly vacation when Carlos
would get together with his parents and siblings, cousins and
loved ones no matter how far apart they lived to enjoy
themselves and make lasting memories. He and his fiancé talked
about their future with so much excitement in their voices that it
made me so proud that he had grown up to be such great young
man with such a bright future. He had accomplished so much in
his short years of life. His college professors and classmates,
from Georgetown University who can attest to his character.  He
helped those he loved and also those he did not even know.  He
was a gentle and generous young man.  Carlos smile lit up a
room because he was always smiling. The world lost a great
young man, who helped so manny people with his kindness and
knowledge.
I know this letter will not bring back Carlos back to his family,
but I hope that it helps bring justice for his death. This is a
mother and fathers worst nightmare to receive news that your
child has been killed. I am a strong person but cannot fathom the
feelings my cousin Noelia Rey, the mother of Carlos is going
through every day. I know she suffers everyday her grief is
enormous. I love her with all my heart and pray for her and our
family every day. I hope that God gives you the strength to find
Justice for Carlos. Please do not let Reginald R. Johnson destroy
another family.  Please impose the maximum sentence so that
our children will be safe on the roads to live life and dream
about their futures. God Bless you!

Sincerely Manuel P. Rey

Hon. Robert D. Okun Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001
RE: In re: United States v. Reginald R. Johnson, Case No.
2023-CFI-001620. Sentencing Scheduled for October 13,
2023

Hon Judge Okun,
I am Max Rey, a cousin of Carlos Christian Rey. On
January 15, 2023, Carlos Christian Rey was killed in a
vehicular crash recklessly caused by Reginald R.
Johnson, who was driving under the influence of alcohol.

Carlos Christian Rey was a young man who was 24 years
of age. Carlos was a decent, honest, law abiding and
loving young man with a bright future. He was graduate
student studying Finance and International Business in
Washington DC. He was also planning to marry his
girlfriend. This was all taken away from him.

Your Honor, although nothing can bring Carlos Christian
Rey back to us, I am asking this court to consider that
Reginald R Johnson be given the maximum sentence
because of the unspeakable devastation that he has
wrought on our family. We also want to protect others from
Reginald R John.

Respectfully,
Max Rey

**Robert J Rey**
**1328 Graydon Ave.**
**Norfolk, Virginia 23507**
**757-636-2349**

The Honorable Robert D. Okun                                              September 4, 2023
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001
In re:   United States v. Reginald R. Johnson, Case No. 2023-CFI-001620
         October 13, 2023, Sentencing Hearing

Dear Judge Okun,

My name is Robert Rey.  My first cousin once removed, Carlos Christian Rey, was killed on January 15, 2023, by a drunk driver, Reginald R. Johnson, the defendant in the above referenced case, whose sentencing hearing is scheduled for October 13, 2023 in your court.

Your Honor, this was no ordinary drunk driving accident.  The defendant was traveling at more than double the 25 mile an hour speed limit, reportedly at 62 miles an hour.  The defendant states that he saw Carlos's car and that he deliberately sped up because he "thought" the car was going to stop turning."  No one, NO ONE, speeds up to over twice the speed limit because you think a car is going to stop turning.  He did this deliberately, to demonstrate some warped and indifferent notion of "right-of-way," he did so while intoxicated, and killed my dear cousin, Carlos, in a slow and agonizing way.

We are a deeply close family.  Carlos's grandfather and my father were siblings, both Cuban exiles of a total of nine sibling exiles that escaped Castro in the early 60's, three of which returned in the Bay of Pigs invasion to liberate Cuba, were captured, and imprisoned for two years before being freed.  All of them built a life here in the US, with my uncle Armando Rey, Carlos's grandfather, joining the Navy, and being stationed in Puerto Rico, he retired there to marry Carlos's grandmother.  Our family bond has only gotten stronger over the decades in subsequent generations, with triumphs and tragedy felt deeply by all, regardless of distance.  Most of us stayed in the Philadelphia region, some moved to other states, yet through grand family reunions, and now social media, we remain incredibly close and up to date with each other's lives and children, as though they were right next door.  Our family has known tragedy and agony, but never like this, never so senselessly, recklessly, and indifferently, like this.  I don't know what to do to ease this pain for my family, I can only write this letter to you and pray that an appropriate sentence will start the process of healing and moving on.  We all remain in a state of deep shock and grief.

I understand that tragedies beset families on a regular basis, but today I write a letter about mine.  Please, on behalf of my entire extended family, I humbly ask that you impose an appropriate sentence that might bring some semblance of peace to enable Carlos's parents to move forward, and to reinforce the advances this country has made with combating the destruction caused by intoxicated drivers.

Respectfully,

Robert J Rey

September 9, 2023

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave., NW
Washington D.C. 20001

Re: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620.
Sentencing Scheduled for October 13, 2023

Honorable Associate Judge Okun:

I hereby offer a letter for your consideration in determining the appropriate sentence
for the individual who caused Carlos Enrique's death. As a family member of Carlos
Enrique, I had the opportunity to watch him grow and blossom into a responsible
young adult. Through ongoing interactions, observations and conversations with
him, I know that he faced and overcame challenges during his life while excelling
both in school and work.

He was a very cooperative and amiable individual and a person well respected by his
peers and family members because of his willingness to be helpful to others. To
many, Carlos Enrique was the perfect example of true comradeship, honesty and
integrity. He possessed very sound moral values and lived by them, putting to
manifest what he believed in at school, work and in the community. Although
simple and humble, in his particular way he succeeded in reaching many people and
in earning their admiration and high esteem. He had an endless determination to
reach his goals and to become a better person each day. For these reasons and many
others, we will miss him immensely.

I very much hope you will find my comments useful when evaluating the sentence
for his case. If I should be useful in any further way, please do not hesitate to let me
know.

Very respectfully yours,

Conrad Santiago
Private Wealth Advisor
Ameriprise Financial Services
Trustee Emeritus
University of Central Florida

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia
500 Indiana Ave. , NW
Washington D.C. 20001

Carlos' departure has left a very big void for us his friends who loved him with the soul,
to us his friends who watched him grow up as a family during these 24 years, who
we share their special moments with their parents and siblings.

Carlos was for me, a Nephew and a very very close nephew, a loving, kind child,
full of dreams, projects and with a future without measures. I never thought that life and circumstances
will take him away so soon and take him away from his family that he loved so much. Carlos was always
for those of us who were fortunate enough to share with him, the center, the north, the south, the union,
the joy, the peace. Losing it has simply left such a big void that it is very difficult to
fill. If these are my feelings every time I think about him, I can't imagine what his parents, my
dear friends Noelia and Jesus have had to face, losing their son, son who will not return to to
see and that he left in them the expectations of a whole life ahead that Carlos had to not
they will never be able to see or share with him.

We would have thanked God and life that would have allowed Carlos to accompany us even old
people, that we would have been able to meet their children, that he would have accompanied us
as always in our special moments, but he left at the wrong time due to human errors added
together or the divine designs and today he is no longer with us.

We miss our Carli today and we will miss him always. I ask God to give His
Parents and their brothers Jesus and Jean, the Light to continue and to life the best
decisions put into human beings to manage our actions in the best way and thus try to
to prevent other families from suffering this pain.


Maria Cristina Méndez Vela