# Exhibit B

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JESUS M. CHRISTIAN, Individually and as Personal Representative of the Estate of CARLOS ENRIQUE CHRISTIAN REY, Deceased, et al.**<br><br>**Plaintiffs**<br><br>v.<br><br>**UBER TECHNOLOGIES, INC., et al.**<br><br>**Defendants.** | CASE NO. 24-cv-304 |

### DECLARATION OF NOELIA REY

I, Noelia Rey, am a citizen of the United States and a resident of the Dominican Republic. I am over the age of 18 and am competent to testify as to the matters set forth in this declaration. I make this declaration upon personal knowledge and belief and hereby depose as follows:

1. I am the mother of Carlos E. Christian ("Carlos"), who was a passenger in an Uber vehicle when he was killed in a collision on January 15, 2023. I am submitting this declaration to express my strong opposition to Uber's efforts to move this litigation to arbitration.

2. No words are adequate for me to describe my beautiful son and how his death has affected his father and me. My son was born happy and that was how he lived his life. Carlos always had a smile, giving love and support to others around him, reflecting his fullness in his life. Everyone who was blessed to meet him was enriched. He gave me and his father and me indescribable joy. Now we have indescribable grief.

1

3. Carlos was smart, focused, intelligent, determined, humble, respectful, a gentleman, sportsman, leader, sincere, affectionate, joy, and full of life and happiness.

4. Carlos moved to Washington, D.C. with a great vision to make a better world. He lived with his true love and future wife, Camila Selman. They were as beautiful a couple as one can imagine.

5. Carlos was destined for great things. His future was boundless in all matters: family, friends, work and service to others. His generosity of spirit touched all, and the loss of that beautiful man – my child – will never leave me. Every moment of every day his loss is with me.

6. Losing a child is something no parent should have to endure. I want justice for my family and Camila. It is neither safe nor fair to push this lawsuit into secrecy where Uber, which is responsible for my son's death, can avoid public accountability and responsibility. I want to do all I can to prevent another such collision, to help another parent escape the horror and sorrow we endure each day. Uber needs to be exposed and I hope this lawsuit will achieve that.

7. I am attaching photographs which give but a small glimpse of my extraordinary son. Let all know that he was a glorious and beautiful man; and let Uber know that it cannot simply erase his story and life.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: _____April 24, 2024_____          _____
                                                  Noelia Rey

2

# Exhibit B-1



































<?>
</?>
<?>
</?>

<?></?>





