# Exhibit C

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JESUS M. CHRISTIAN, Individually and as Personal Representative of the Estate of CARLOS ENRIQUE CHRISTIAN REY, Deceased, et al.** : | |
| : | |
| **Plaintiffs** : | |
| : | **CASE NO. 24-cv-304** |
| **v.** : | |
| : | |
| **UBER TECHNOLOGIES, INC., et al.** : | |
| : | |
| **Defendants.** : | |

<u>**DECLARATION OF CAMILA SELMAN**</u>

I, Camila Alexia Selman Troncoso, am a citizen of the Dominican Republic and a resident of Washington, D.C. I am over the age of 18 and competent to testify as to the matters set forth in this declaration. I make this declaration upon personal knowledge and hereby depose as follows:

1. On January 15, 2023, I was a passenger in an Uber vehicle that collided with another car. In the collision, my boyfriend Carlos Christian was killed, and I was severely injured.

<u>**My life with Carlos**</u>

2. Carlos and I had been together for 8 years. We had been together since high school and were planning our lives together.  We went to college in two different states in the US but constantly travelled just to spend a few days together whenever we could. After graduation we moved back to the Dominican Republic where we were living and working  during the pandemic. After two years, we both

1

secured spots at our dream schools in D.C., and made the decision to move in together as we started this new chapter in our lives.. We were just starting our second semester graduate school programs, myself at Georgetown and Carlos at George Washington, when the accident occurred. We were at our happiest, living the best stage of our relationship, when our lives were turned upside down.

3. Carlos knew how to go out of his way for anyone who needed it, never expecting anything in return. He was an embodiment of compassion, kindness, and selflessness. The impact he had on those fortunate enough to cross his path is immeasurable, and the void left by his absence remains a testament to the love and positivity he radiated.

4. Carlos was not just my best friend.  He was my confidant, my partner in every sense, and the perfect match for my heart and soul.  We planned to marry and raise a family together.

5. Along with the heartbreak of losing Carlos, I continue to suffer the medical and psychological effects of the collision. I have to undergo surgery to repair the pelvic and lumbar fractures as well as other injuries, and will have to undergo an additional surgery this summer. These injuries will also affect my choices and health if I choose to have children.

6. In addition, my academic and professional aspirations were curtailed by the accident. The accident also left me with intense fear and anxiety, especially when traveling in cars.

7. I bring this case because I am searching for accountability and justice. No one should ever have to go through the suffering and grief that I have lived through,

caused by Carlos' death. I do not want these proceedings to be secret. I want the public to know what happened to Carlos and me and to do my part in preventing this happens again.

**My Uber Account**

8.  On the night of the collision, Carlos requested an Uber ride for the two of us using the Uber app on his phone and his Uber account. Carlos used Uber because it promises a safe ride. We did not know Khalinmandakh Ichinkhorol and rode with him because we believed Uber would only use safe drivers.

9.  I also had an Uber account. I did not use my Uber account to request a ride on January 15, 2023.

10. I opened my Uber account in the Dominican Republic in 2016.

11. When I opened my Uber account, I did not have to read or even scroll through what Uber apparently set forth somewhere in the Uber App as the terms and conditions of use.

12. I understood that the Uber App was a way to get rides to specific destinations and pay for them.

13. I only opened the Uber App to request a ride.

14. If a pop-up screen blocked my progress toward completing the request for a ride, I would simply click whatever was necessary to proceed with scheduling a ride.

15. In using the App to obtain and pay for rides, it was never necessary to explore through the App or read through what Uber apparently set forth somewhere in the App as the terms and conditions of use.

16. I have always been able to use the App without reading terms and conditions of use that apparently are embedded in it.

17. I did not think "updated" meant that I was accepting a new contract with binding terms.

18. The term "updated" meant to me that there were some changes in how rides were provided and paid for, such as added options for picking a vehicle, new pricing, etc., all of which I would learn each time I used the App.

19. I was always allowed to obtain a ride without scrolling through or reading the purported updated terms.

20. On the night of the accident, I was not using my Uber account. My Uber account has no relation to the collision resulting in Carlos' death and my injuries.

21. I never thought that by using Uber I would be giving up my right to a jury trial or access to a court.

22. I am attaching letters and other documents that demonstrate some of the effects of the collision.  I believe that it is wrong for Uber to try to hide the story of this collision and its consequences by forcing us to arbitration.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on:  __April 24, 2024__                    _____

                                                                                      Camila Alexia Selman Troncoso

4

# Exhibit C-1

Hello, my name is Adriana, I am one of Camila's three sisters. In this statement, I would like to share a little of what happened on January 15th and its aftermath from my own point of view.

It was a regular Sunday evening, and at 6:47pm I received a message from Camila. I remember at that moment my husband and I were giving our dog her weekly bath. I saw the notification to Camila's message on my Watch but decided to respond in a little while since we were a little busy with a wet dog. It wasn't until 7:23pm that I got around to responding. Her response, 11 minutes later at 7:34pm, was a message that read, "Tuve un accidente". This can be directly translated to "I had an accident". At that moment, I didn't even think that she meant that she had been *in* an accident. I assumed she meant that had had some kind of small accident at home like she dropped something in the kitchen. Regardless, I did not think much of it and simply responded "Como asi?", "What do you mean?"

Fast forward about thirty minutes and I get a call from my mom telling me Camila and Carlos had been in a car crash. I remember at first my mind couldn't compute, I wasn't really processing, and I didn't even remember the message that Camila had sent me less than an hour ago. My husband and I immediately went to my mom's house, and the next hours were long and terrible, trying to find out information about what happened, calling friends in Washington and asking them to go to the hospital we had heard Carlos was in, hearing updates about Camila's injuries through snippets on the phone, and finally receiving the news that Carlos had died in the crash. It is hard to describe the waves of disbelief, anger, agony and despair that made its way through all of us that night.

In the days after the car crash, I found Camila's first message from 6:47pm - it was a picture of herself in the space she used to do her hair and makeup, she was showing me some new vanity lights she had bought and strung up. I realized that when she sent me that first message she was probably sitting there getting ready to go out in the Uber ride that would take Carlos' life, and change her own life forever. Sometimes I even start thinking that if I had just grabbed my phone and taken the moment to respond to her message right away, she might have done something different in the minutes afterwards that might have changed what happened. Maybe she would have taken a few extra minutes to text with me, called the Uber a little later, and Reginald Johnson would have crossed that intersection a few minutes before them.

Rationally, I know that what happened is in no way, shape or form my fault - responding to a text message a few minutes before or after would not have changed the fact that Reginald Johnson was driving drunk that day - but I still have these thoughts every now and then. I know Camila has had those types of thoughts, too. I can't imagine all of the "What ifs?" that have crossed her mind since January 15th. What if they had made a different plan that day? What if they had decided to stay home? What if, what if, what if. But I know that she knows, just like I do, that at the end of the day, it was not an issue of fate or doing something different that day or even taking another Uber or another street. The problem, the cause behind all of the pain and hurt that have followed January 15th, was the man who was drinking and then decided to take the wheel.

A few days after the crash, my husband and I flew to Washington to help with Camila's surgery care and recovery. I remember talking to my mom on the phone and she telling me that it wasn't necessary for us to take the trip, that they had things under control. But what I wanted more than anything at that moment was just to sit with Camila and hold her hand. While my mom and dad took care of a lot of the hospital bills, university deferrals, apartment changes, and insurance issues, I tried to focus on Camila. Sometimes that meant holding her while she cried, other times it meant doing puzzles together on a tiny table, ordering food when she was tired of hospital food, or downloading episodes of shows on my iPad so she could watch something when visiting hours were over. I also tried to help her take care of her personal hygiene as much as she could from her hospital bed, helping her wipe down her body and brushing her hair into braids at least once a day. Once she left the hospital, I also took charge of monitoring her medicines, keeping track of when she had taken what throughout the day through reminders on my phone.

These things might seem small or irrelevant, unrelated to the long-lasting emotional impact that the crash has and will keep on having on Camila, our family, and Carlos' family and friends. But they were the reality during those days for Camila, and they were my reality. In a second our lives went from going to class and to work, to all of a sudden being in a hospital for days on end, trying to cope with the physical challenges of surgery along with the emotional reality of losing Carlos. Those small things were also all that I *could* do at that moment. Nobody could go back and change what happened on January 15th, but I could brush my sister's hair, make sure she ate something she enjoyed, and hold her hand anytime she needed it.

About Carlos, what can I say? When he died, he left not just one family incomplete, but two. As Camila's boyfriend for almost 8 years, he was part of our family, our clan. For a long time we were a family of twelve: my mom and dad, me and my 3 sisters, each of our husbands or boyfriends, and my twin niece and nephew. During the early months of the pandemic, when we spent a lot of time together in quarantine, we used to joke that we were like Noah's Arc - 6 girls and 6 boys, all matched together. Carlos was part of that package. I remember the first time after the car crash that we were making plans to go somewhere and I automatically asked for a table for 12. My heart still breaks every time we ask for a table for 11.

People say things happen for a reason. Again, I would like to reiterate that the reason for the car crash on January 15th, and all of the physical and emotional pain, as well as the massive life changes that have been incurred by Carlos' family and friends, Camila, as well as our family, was Mr. Reginald Johnson and his decision that day to visit various bars and drive while drunk. I hope that the people making decisions during this judicial process will not forget that.

Sincerely,

Adriana Selman

Dear Judge

First, this letter might not make much sense due to that this is me speaking from the heart and not the mind. Writing this letter has been very hard for me, I cannot start describing Carlos without feeling this deep sadness and loss within me.

Carlos Christian was like a brother to me, I don't go past one day that I don't think of him, days there's a good soccer match or some other sport we could talk about.  How can I start to describe Carlos, just imagine the most kind, sweet and loving person you may have in mind, well that was him and I am pretty sure that all the other letters will mention one of these words. He was not much of a talker, but why would he. Carlos didn't need many words to win some one over, he just was so thoughtful with everyone. You could see through his actions how big of a heart he had. Its amazing how he tried to please everyone in any way that he could, so much so that he became an organ donor just to help someone when he's not able to.

In one of our las conversations, he told me that his plans were to come back to the Dominican Republic, start working in his family business, get married and start a family in the year to come. He had a very bright future waiting for him, all this was taken away from him that January 15 of 2023, by someone with selfish and irresponsible actions. I know that the defendant might say that he has family he needs to provide and take care of but so did Carlos, he should have thought of that the day he chose to started drinking and decided to drive while intoxicated, run a red light while speeding. This wasn't one mistake these were 3 mistakes that led to this horrible crash. His actions left many people with great pain, physical and emotional damages, with this I mention his family, my sister in-law Camila, and all his friends. Despite him spending some time in jail, at least he will see his family and after his time is due will spend time with them. Carlos family won't get this opportunity.

Also, I want to make clear that the car crash not only took Carlos's life away, but he also left my sister in-law Camila with physical traumas, but even worse with a lifetime of emotional pain.

Carlos for me was my brother, that day I too lost a family member.

Yours truly,
Julio A. Genao.

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia 500 Indiana Ave., NW
Washington D.C. 20001

RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620.
Sentencing Scheduled for October 13, 2023

Honorable Judge,

The Carlos that was stolen from us on January 15,2023 was not any ordinary Carlos, he was an exemplary human being, with values and principles few can claim to have.

Not a day goes by without him being in our thoughts, missing him. He was the type of person that filled empty spaces he came across with his calm and generous spirit.

Carlos could be first perceived as quiet and shy, not very talkative. But his quietness was stronger than many voices, his noble feelings could express much more than words can. He did not have to be at the center of the room to be the kindest and most sincere person in it. Through his simple but meaningful nature of living he inspired all of us around him to live simple and meaningful lives.

Carlos was a kid at heart, he was one of my two children's favorite people and they looked up to him like a superhero and friend. The most fun and cool person they knew, always available to play and show them the coolest tricks. We have been through many heart breaking moments as a family, but looking into my six year-olds' eyes and not having the words to explain why, how, their uncle and friend, died in a sudden accident may be the saddest experience I have had to live. Six year-olds, who still ask if Carlos was wearing his seat belt, if the doctors tried to help him, if the driver of the car is OK… Why won't we ever see Carlos again?

We know you have a very hard decision and immense responsibility in your hands, and we know your decision will be the right one because whichever it will be, it will be God's decision through you.

We also know nothing will bring back our Carlos, Carlos the son, brother, friend, uncle… But we are certain your decision can make a difference in avoiding that other families go through similar journeys of grief and life shattering pain.

May God bless you and gift you clarity of mind.

González Selman Family.

Caterina Selman
Santo Domingo, Dominican Republic
catyselman@me.com
September 12th, 2023

Hon. Robert D. Okun
Associate Judge
Superior Court of the District of Columbia 500 Indiana Ave., NW
Washington D.C. 20001

**RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620. Sentencing Scheduled for October 13, 2023**

Dear Judge Okun,

I hope this letter finds you well. I am writing to respectfully express my family's profound concern and heartfelt plea regarding the sentencing of the defendant in the case of the tragic car accident that physically hurt my sister, and claimed the life of her boyfriend and my brother-in-law, Carlos Christian.

On January 15, our lives were shattered when a drunk driver recklessly collided with the Uber vehicle in which my sister and Carlos were passengers.

Our family first heard the news of the accident from Camila, whose trembling voice of shock and fear during her phone call will forever be one of the most devastating memories in my mind. The news of the accident alone was unbearable to our family, knowing we were far away and helpless, and my sister was hurt, alone, in shock, and confused about her surroundings and the situation. However, a couple long of hours after, when we were informed of Carlos' passing, was when I truly accepted this day would change our lives forever.

The consequences of this devastating event have been immeasurable, and the void left by Carlos' untimely death has been heart-wrenching for our entire family.

Carlos was a young man with a promising future ahead of him. He was a dedicated son, brother, and friend, and his loss has left a permanent mark on our lives. It pleased me at every interaction with him and my sister to see my sister loved and taken care of by someone of such pure heart.

Even as an in law, he managed to play a vital role in our family, being in a relationship with my sister for over 7 years. He was incredibly present, easy-going and supportive. He was a great uncle to my nephews, and would have been the greatest uncle to my now 6-month-old daughter.

We are acutely aware that the defendant has been offered a plea deal that significantly reduces the severity of the charges they face. While we respect the legal process and the principle of justice, we believe that the circumstances surrounding this case warrant the utmost consideration for a sentence that reflects the gravity of the crime committed.

We solemnly request that you consider the following factors when determining the appropriate sentence for the defendant:

1. **Gross Negligence:** The defendant's choice to drive under the influence of alcohol and above the speed limit, even after previous traffic offenses, exhibited a shocking level of recklessness and disregard for the safety of others on the road.

2. **Impact on Our Family:** The emotional, psychological, and financial toll on our family has been immense. My sister went through surgery and a slow recovery to be able to move, walk, and live her life at least physically normal. On top of this, Carlos was a pillar of support, and his absence has left a void that cannot be filled.

3. **General Deterrence:** We believe that a stringent sentence in this case will serve as a deterrent to others who may consider driving under the influence of alcohol or engaging in similarly dangerous behavior.

4. **Community Safety**: Sentencing the defendant to the longest possible term will help protect our community from the potential harm caused by repeat offenses.

While we understand that the legal system aims to rehabilitate as well as punish, we implore you to consider the weight of this tragedy and the pain it has inflicted upon our family and the community. We respectfully request that you impose a sentence that reflects the seriousness of the offense and sends a clear message about the consequences of driving under the influence.

We are aware nothing can bring Carlos back, but we feel the need to try to avoid future tragedies like this one through the system of justice. Our family's hope is that no other family will have to endure the anguish and heartbreak that we have experienced in the past 8 months and will continue to experience due to the actions of the defendant. We trust in your wisdom and the integrity of the justice system to make the right decision in this case.

Thank you for your attention to this matter. We appreciate your consideration of our heartfelt plea, and we hope for a just and fair outcome that honors the memory of Carlos and ensures the safety of the community.

Sincerely,

Caterina Selman
Sister-in-law to Carlos Christian

**Rafael E. Selman**
Av. Bolivar 1005, Torre Bolivar 1005 Apt 9
Santo Domingo, Dominican Republic  10107

September 27th, 2023
Santo Domingo, Dominican Republic

**Judge Robert Okun**
Superior Court of the District of Columbia
500 Indiana Avenue, NW, Chambers 3100
Washington, D.C. 20001

**Re: Victim Impact Statement**

Honorable Judge Okun,

It has been really difficult to sit and write this letter, for all the pain and sorrow it brings me every time I have to think about how Carlos' death has affected and will forever affect my life.

The problem is that putting into words the grief and effect of losing someone that I care so much for, like if he was my own son, mustn't be necessary.

As Camila's father I have known Carlos since they were little kids at school here in Santo Domingo.  They were classmates from the early age of 4, and grew up together until they graduated from high school in 2016.  In 2014 they started a romantic relationship and became a couple.  They had a very steady, mature and loving relationship and were together most of the time, even when they were in different cities attending universities - Emory and Syracuse - when they would regularly travel to be together.

It was the same when they came home for holidays, as when they decide to move to Washington together in August 2022 for their Master's degree in Georgetown and George Washington universities, where they were studying until the day of the tragic accident that took away Carlos' life and produced severe physical injuries and lifelong emotional effects to my daughter Camila.

Since he was a little kid Carlos was a very polite, responsible and focused boy.  Very competitive in sports, a good student and with a very kind heart.  A boy that would never get in trouble and always acted with integrity, even at young ages.

Very close in the center of our family, I saw that boy grow to be an honorable, respected and loved young man in every circle he moved, that with his ways and actions unintentionally touched the heart of everyone he came in contact with, no matter who, where or how.

**Rafael E. Selman**
Av. Bolivar 1005, Torre Bolivar 1005 Apt 9
Santo Domingo, Dominican Republic  10107

A young man that in 2014 became part of our family, a clan formed by Camila and her 3 older sisters, their respective husbands and children, my wife and I, who are close together most of the time, in our daily lives, in leisure, entertainment, travel and surely in bad times.

And for the following 9 years day by day Carlos became an integral part of our clan.  So much so, that he was not only Camila's boyfriend anymore.  He was also a son to me and my wife, a brother in law to Camilas' sisters and brothers, an uncle to my grandkids and a caring friend to us all.  He became very dear in our hearts.

Gentle in his manners, precise in his words and with the self-assurance of someone very mature that doesn't need to demonstrate anything to anybody.  Someone who was surely in the way of fulfilling his dreams and achieving great success in life, until he was repressed of it.

A man whom I would have been so proud and happy of being the father of my grandkids, as circumstances were pointing to be in the foreseeable future.

So, how can I explain the effect of Carlos' death in my life?  Well, that's so overwhelming and profound that the only thing I am certain of is that my life will NEVER be the same as before.  And as much as I will miss him and hurt, I will need to learn to live with the crude reality that Carlos will not be with us ever again.

His passing has brought so much pain and sadness to us all, and specially to my daughter Camila, and he left such a mark, that there's no conceivable way of this not impacting every aspect of our lives forever on.

But the truly sad part of this story is that Carlos' death, apart from being totally avoidable, unfair and not caused by any of his actions, is the result of a series of conscious irresponsible decisions that led into unlawful actions, which culminated in an atrocious and fatal car crash.

I know nothing about Mr. Reginald Johnson, not what he does, his history or anything else related to him.  He could probably even be someone without harm intentions.  But his actions have evidently spoken much louder than his words.

Being part of a society as institutionalized and respectful of every person's rights as the United States is, requires that all of its citizens obey and abide to a set of laws of conduct, designed with the intention, in the case of traffic laws, of minimizing the possibilities of accidents and preserving people's lives.

On the tragic afternoon of January 15th of this year Mr. Johnson disregarded many of these laws and after several hours of drinking in a brunch event with friends decided to get behind the steering wheel of his Jeep Cherokee.  But even worse, his evident inability to drive under such conditions led him into another unfortunate and fateful decision, which was to drive at over 90 mph in a 35 mph limit area, in a usually crowded intersection of Massachusetts Ave. and 15th St. in Washington DC on a Sunday afternoon.

2

**Rafael E. Selman**
Av. Bolivar 1005, Torre Bolivar 1005 Apt 9
Santo Domingo, Dominican Republic  10107

And not only did these decisions took away Carlos' life.  Severe wounds and injuries were also inflicted on my daughter Camila, for whom we are so grateful and blessed that is still with us today.  A surgery, ten day hospitalization period,  six months of physical therapy, and psychology treatments, have all been also the consequences of Mr. Johnson's decision that afternoon.  Not to mention a shattered life, broken dreams, suspended studies and ongoing emotional support and all the economic implications.

So your honor, with all due respect, I really believe that Mr. Johnson's deliberate actions that led into the accident are the sole reason for Carlos not being with us today and for Camila's lifelong consequences, as Mr. Johnson has already pleaded to.  And if such actions are not condemned by the full weight of the law, or people like Mr. Johnson is left on the streets, there's no way that anyone could ever feel safe, nor the government guarantee the preservation of human lives, as anarchy will begin to reign in the streets.

I would implore you to put yourself in the shoes of the Christian family, particularly Carlos' parents. Imagine how painful and devastating it would be to lose someone so dear to you as your son, daughter or god forsake even grandkids while just riding an Uber, because of the unlawful actions of someone that consciously took the liberty of being irresponsible and decided to drive under the influence of alcohol.  I am sure it wouldn't feel fair at all.

But one thing is for sure.  Not even imposing the strongest sentence will ever bring Carlos back with us. In my perspective Mr. Johnson's actions led to a 'forever' irreversible condition, so his sentence should be at least as close to that same condition as the law provides for.

Respectfully,

**Rafael E. Selman**
Camila's Father

3

Hon. Robert D. Okun
Associate Judge

Re: United States vs Reginald Johnson, case no.  2023-CF1-001620
Sentencing October 13, 2023

My name is María Alexia, I am Camila Selman's mom. I am 56 years old and got married to my husband Rafa when I was 20 years old, and he was 18 years old.  We have 4 daughters, Camila is the youngest.  I would like to thank you for the opportunity to write this statement and for your time in reading it.

I am a Chemical Engineer and work as a part-time professor at Universidad Nacional Pedro Henríquez Ureña located in Santo Domingo, Dominican Republic.

As an ordinary and happy family, we've had many challenges in our lives.  Challenges that I have been able to handle, doing our best and looking for the positive side of everything.  Until Camila's and Carlos' car crash.

I received Camila's call at home in the Dominican Republic surrounded by my husband, my other daughters, their husbands and my grandkids on a Sunday evening when she was in the ambulance on her way to Howard University Hospital.  She was told that she was involved in a car accident, but she could not remember what had happened nor where Carlos was.

I can not describe in words how I felt, but I had to stay calm and try to use the correct words to help Camila.  She was able to keep talking to me until she got to the hospital. After that, she was not allowed to receive or make phone calls until she spoke to a police officer while she was admitted to emergency and eventually to the critical care unit.  That night she underwent a series of scans, X-rays, lab exams, etc. to assess her physical state while we were informed that Carlos had died as a result of the crash and made arrangements to travel to DC as soon as possible.

My husband and I flew to DC early the next morning.  When we arrived doctors explained that she had 4 pelvic fractures, a pulmonary injury, a back injury, multiple bruises, a head injury, and liquid in her abdomen besides being very frail emotionally.  She still did not know that Carlos had died.

We were advised by a therapist that we should be the ones to deliver the news about Carlos's death to her.  My husband was the one who explained to her that Carlos had passed away.  My brother-in-law, my niece and I were present.

At that moment I realized that a very difficult chapter in our lives had started and to commit all of my time, energy and strength to help Camila on this long journey.  My main focus was to be with her, details of the accident were not clear yet.  But I soon learned that the car that had caused the crash was driven by Mr. Reginald Johnson, who was speeding and had been drinking all afternoon.  My daughter and Carlos were victims of a drunk driver.

Camila had to undergo pelvic surgery four days after the crash and then initiated a very challenging process that included, physical therapy, emotional therapy, functional therapy, the use of crutches, a wheelchair and a walker.  I stayed with her at the hospital until she was discharged.

We stayed in DC for almost 6 weeks.  This meant that I had to take a leave of absence from work for the spring semester, while the rest of my life was in DR, including one of my daughters who was at that time 8 months pregnant and my mother who has dementia.

It is extremely hard to explain how my life has been affected by Mr. Johnson's actions.  It is a very complex situation, Camila's life has changed completely, therefore my life has changed.  I am very sad, I cry a lot, I am afraid, my family lost one of its members, my work, family and friend relationships have been affected.

Camila and Carlos were a happy, good couple trying to be better people every day with a lot of plans for the future. I have done my best to raise girls who respect others, work hard to

accomplish their goals and love their families. Mr. Johnson's decisions and actions changed everything.

Carlos will never be back, he is no longer with us, we miss him so much, he was a very important part of our family. Camila, Carlos's family and my family will never be the same. There is no positive side or fairness to this story.  The only thing that we can do is try to avoid situations like this from happening again.

I have tried to understand why charges against Mr. Johnson were diminished.  But it is very difficult to understand how Mr. Johnson's needs as a son, parent, and citizen are more important in deciding the consequences of his actions after he disregarded basic safety, laws and the lives of others on January 15th.

So many questions come to my mind.  What would be a fair outcome of this legal process?  Do you have to be a victim to understand and respect our laws?  How would Mr. Johnson feel if he or a member of his family was a victim of a drunk driver?  As a society should we be more severe with our offenders?

The way judicial systems work is influenced by a lot of factors and we have to accept what is established but it is disappointing when a drunk driver kills a young man and injures a young woman who were doing nothing wrong and it is expected that charges and sentences will be less than fair.   How can we change this?  Who can contribute to changing this?  How long should a sentence be for taking a life and injuring another while driving under the influence of alcohol?

I think that all of us can help in making decisions that could lead to fewer drunk drivers, that we can express what we think is right and hope that Mr. Johnson will be sentenced to the maximum of years that his charges permit.

Personally, I intend in the near future to get involved with Mothers Against Drunk Drivers as a way of getting involved in trying to achieve changes that lead to avoiding more victims like Carlos and Camila.

Respectfully,

Maria Alexia Troncoso

Alfredo Acebal

Santo Domingo, Dominican Republic

alfacebal@gmail.com

September 14th, 2023

Hon. Robert D. Kun

Associate Judge

Superior court of the District of Columbia

500 Indiana Ave., NW Washington D.C. 20001

RE: In re: United States v. Reginald R. Johnson, Case No. 2023-CF1-001620

Sentencing Scheduled for October 13, 2023

Dear Judge Okun,

Hoping everything is well. I am writing on behalf of my brother-in-law Carlos Christian. There are no words to describe such an amazing human being, this is why I feel the necessity to convey my thoughts and feelings on his behalf.

Carlos was an individual who had captured the hearts of all of us who were close to him. Always smiling, caring for others, and compassionate with everything he did. A lover and follower of sports who had ambitions of working at the highest level and always wanting to promote new ideas. The mark he left in me and all of us is inexplicable. He was eager to meet his new nephew which was to be born two months after the incident and it's unbelievable that person terminated his life that day. Every day we feel the pain of not having him in our lives.

We had a lot in common, Carlos was very reserved and quiet sometimes. A person that would never in the world do something to hurt anyone or make it difficult for someone in any situation. Always available when I called him, always willing to help and every time with a smile on his face. This gentleman created a hole in our hearts when he parted, and we have been mourning since.

Your honor, we want justice to act the way it's supposed to and give the killer what he deserves. Nothing will be able to bring him back but at least we know the person responsible is where he belongs. Hopefully all legal matters and sentences get solved this day. We are counting on your most sincere decision regarding this matter. It can be difficult sometimes, but we trust you to help us attain a proper sentence.

Sincerely,

*Alfredo Acebal Rizek*

Alfredo Acebal