IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

JESUS M. CHRISTIAN, Individually and as
Personal Representative of the Estate of
CARLOS ENRITUQ CHRISTIAN REY,
Deceased, *et al.*

      Plaintiffs,

vs.                                             Case Number: 1:24-cv-00304

UBER TECHNOLOGIES, INC., *et al.*

      Defendants

---

KHALINMANDAKH ICHINKHOROL,

      Defendant/Cross-Plaintiff

vs.

REGINALD RONALD JOHNSON,

      Defendant/Cross-Defendant

### FARMERS INSURANCE EXCHANGE'S RESPONSE TO UBER'S MOTION TO COMPEL ARBITRATION

COMES NOW Farmers Insurance Exchange (hereinafter, "Farmers"), by and through counsel, and having been joined in this civil action by the Cross-Claim of the Defendant/Crossclaim Plaintiff, Khalinmandakh Ichinkhorol, presumably in accordance with Section 38.2-2206 of the Code of Virginia, hereby responds to Uber's Motion To Compel Arbitration by stating it takes no position regarding the said motion.

                                                                FARMERS INSURANCE EXCHANGE

                                                                By Counsel

*Daniel L. Robey*
Daniel L. Robey, Esquire
District of Columbia Bar Number: 421945
MIDKIFF, MUNCIE & ROSS, P.C.
10461 White Granite Drive, Suite 225
Oakton, Virginia 22124
Telephone: (703) 938-5898
Facsimile: (703) 938-5980
Email: drobey@midkifflaw.com
*Counsel for Farmers Insurance Exchange*

CERTIFICATE

I hereby certify that on the 29th day of April, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to all counsel of record and unrepresented parties who have registered with the CM/ECF system.

*Daniel L. Robey*
Daniel L. Robey, Esquire