UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JESUS M. CHRISTIAN, et al.,** : <br> : <br> **Plaintiffs** : <br> : <br> v. : <br> : <br> **UBER TECHNOLOGIES, INC. et al.,** : <br> : <br> **Defendants.** : <br> : | CASE NO. 24-cv-304 |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY

Plaintiffs, by counsel, hereby move the Court for leave to file a surreply, attached hereto as Exhibit A, responding to certain portions of Defendants Uber Technologies and Rasier LLC's Reply in Support of its Motion to Compel Arbitration and to Dismiss. The grounds for this motion, as more fully discussed in the accompanying Memorandum of Points and Authorities, are that Defendants' Reply raises new arguments which Plaintiffs have not had an opportunity to address, a surreply would be of assistance to the Court in resolving the Motion to Compel, and granting this motion would not unduly prejudice Defendants. *See Doe v. Roman Cath. Diocese of Greensburg*, 2021 WL 12137383, at *2 (D.D.C. Feb. 12, 2021) (Granting leave to file a surreply).

Pursuant to Local Rule 7(m), undersigned counsel asked counsel for Uber on the morning of May 23 if their client would consent to this motion. Uber has not responded and thus as of this filing has not consented.

Dated:   May 24, 2024          Respectfully Submitted,

/s/ Robert F. Muse
Robert F. Muse (D.C. Bar No. 166868)
Juliana M. Andonian (D.C. Bar No. 90006115)

Ronald Kovner (D.C. Bar No. 166124)
Kevin P. Crenny (D.C. Bar No. 1765044)
**LEVY FIRESTONE MUSE LLP**
900 17th St. NW, Suite 1200
Washington, DC 20006
Tel: (202) 845-3215
Fax: (202) 595-8253
rmuse@levyfirestone.com
jandonian@levyfirestone.com
rk@levyfirestone.com
kcrenny@levyfirestone.com

*Counsel for Plaintiffs*