**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **JESUS M. CHRISTIAN, et al.,** | : | |
| **Plaintiffs** | : | |
| **v.** | : | **CASE NO. 24-cv-304** |
| **UBER TECHNOLOGIES, INC. et al.,** | : | |
| **Defendants.** | : | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR LEAVE TO FILE A SURREPLY**

Upon consideration of Plaintiffs' Motion for Leave to File a Surreply, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Surreply attached to the Motion as Exhibit A shall be deemed filed.

**SO ORDERED**

Dated: _____

_____
EMMET G. SULLIVAN
United States District Judge