AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| JESUS M. CHRISTIAN, et. al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-00304-EGS |
| UBER TECHNOLOGIES, INC et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UBER TECHNOLOGIES, INC. and RASIER, LLC                                           .

Date:   06/06/2024

/s/ Peter M. Moore
*Attorney's signature*

Peter M. Moore (DC Bar No. 985713)
*Printed name and bar number*
Wilson Elser Moskowitz
Edelman & Dicker, LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102

*Address*

peter.moore@wilsoneler.com
*E-mail address*

(703) 245-9300
*Telephone number*

(703) 245-9301
*FAX number*